# **EXHIBIT B**

NCS's U.S. Patent No. 10,465,445 ("the '445 Patent") and the Nine Energy BreakThru™ Casing Flotation Device

| Claim 28 of the '445 Patent | BreakThru™ Casing Flotation Device[1] |
|---|---|
| 28.0 | A float tool configured for use in positioning a casing string in a wellbore containing a well fluid, the casing string having an internal diameter that defines a fluid passageway between an upper portion of the casing string and a lower portion of the casing string, the float tool comprising: | Nine Energy markets the following BreakThru™ casing floatation device for use in a casing string placed in a wellbore:<br><br> |

---

[1] All references to the BreakThru™ Casing Flotation Device are found at https://nineenergyservice.com/assets/files/Nine-BreakThru-ProductSheet-v5__revision_date.pdf; https://nineenergyservice.com/cementing-drilling-solutions/breakthru-casing-flotation-device.

| | | The casing string has an internal diameter for passing fluid between an upper portion of the casing (below in **green**) and lower portion of the casing (below in **red**):<br><br>**Upper casing passage** →<br><br>**Lower casing passage** → |
|---|---|---|
| 28.1 | a rupture disc assembly comprising (i) a tubular member having an upper end and a lower end, the upper and lower ends configured for connection in-line with the casing string and | *See* element 28.0.  The BreakThru™ device (i.e. a "rupture disc assembly") is connected to the casing string.  The BreakThru™ device has a tubular member that has an upper end (below in **blue**) and a lower end (below in **orange**).  The upper and lower ends of the The BreakThru™ device are connected in-line with the casing: |

| | | |
|---|---|---|
| | |  |
| 28.2 | (ii) a rupture disc having a rupture burst pressure and in sealing engagement with a region of the tubular member within the upper and lower ends | As shown below, the BreakThru™ device (i.e. "rupture disc assembly") includes a glass barrier (i.e., a "rupture disc").  This barrier is in sealing engagement with the inner walls of the BreakThru™ device: |

| | | |
|---|---|---|
| | | GLASS BARRIER |
| 28.3 | wherein the rupture disc is configured to disengage from sealing engagement when exposed to a pressure greater than a hydraulic pressure in the casing string after the casing string has been positioned in the wellbore | *See* element 28.2.  The rupture disc disengages from the sealing engagement when it is exposed to a pressure that is greater than the hydraulic pressure in the casing string:<br><br>Nine's BreakThru™ Casing Flotation Device allows operators to reach TD by eliminating components added to the casing string commonly used with conventional techniques. The highly engineered plug in the BreakThru Device uses an engineered material barrier, integral in a mechanism to shatter at a precise differential pressure. At the activation pressure, the barrier disintegrates into sand-like particles, easily circulated out, leaving a full bore casing string. This eliminates the need for a debris trap and significantly shortens the shoe track. |
| 28.4 | and the region of the tubular member where the rupture disc is attached has a larger internal | The BreakThru™ device glass barrier (i.e. "rupture disc") (*see* element 1.2) is positioned in a region of the BreakThru™ device that has a larger internal |

4

| | |
|---|---|
| diameter than the internal diameter of the casing string and is parallel to the internal diameter of the casing string. | diameter (below in **gold**) than the internal diameter of the casing string (below in **pink**), and is parallel to the internal diameter of the casing string:<br> |

5