IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| NCS MULTISTAGE INC. | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 6:20-cv-00277 |
| vs. | § § § | |
| NINE ENERGY SERVICE | § § § | |
| Defendant. | § § § | |

## NCS MULTISTAGE INC.'S RULE 7.1
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, NCS Multistage Inc. states that:

1. The following are the parent corporations of Plaintiff NCS Multistage Inc.:

   a. NCS Multistage Holdings, Inc., which is the parent company of Pioneer Intermediate, Inc., which is the parent company of Pioneer Investment, Inc., which is the parent company of Plaintiff NCS Multistage Inc.

2. The following are the publicly held corporations owning 10% or more of NCS' stock.

   b. Advent International Corporation

Dated:  April 8, 2020

Respectfully submitted,

/s/ Domingo M. LLagostera
BLANK ROME LLP
**Domingo M. Llagostera** (*Attorney-in-charge*)
State Bar No. 24070157
Tel.: (713) 632-8682
DLLagostera@BlankRome.com
717 Texas Avenue, Suite 1400
Houston, TX 77002

**Attorneys for Plaintiff NCS Multistage Inc.**