IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION



FILED
MAR 24 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

STANDING ORDER REGARDING SCHEDULED HEARINGS IN CIVIL CASES
IN LIGHT OF CHIEF JUDGE GARCIA'S MARCH 24 AMENDED ORDER

In light of Chief Judge Garcia's Amended Order dated March 24, the Court enters the following order:

- All hearings for civil cases on the Waco division's docket will continue as scheduled, but will occur telephonically. The Court will provide the dial-in information[1] either via e-mail or within an order. Because there may be several hearings back-to-back, attorneys should wait until their case is called before speaking. Parties are encouraged to dial-in at least 10 minutes before the scheduled start time.

- For **non-*Markman* hearings**, to the extent a party wishes to use PowerPoint slides, the party must email them to the Court at least 24 hours before the hearing. If both parties wish to use PowerPoint slides, the parties must email them to the Court at an agreed time at least 24 hours before the hearing. If a party fails to email slides to the Court at least 24 hours before the hearing, the Court will deem that that party has waived its ability to use slides during the hearing.

- For *Markman* **hearings**, parties must email any slides they wish to use within 6 hours of receiving preliminary constructions from the Court.

---

[1] The parties are directed to provide a back-up conference call number in case there are technical issues with the Court's conference call number.

**SIGNED** this 24th day of March, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE