13316.1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

NCS MULTISTAGE INC.,
*Plaintiff*

V.                                                     Civil Action No. **6:20-CV-00277-ADA**

NINE ENERGY SERVICE, INC.,
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO:  Nine Energy Service, Inc.
c/o Registered Agent
CT Corporation
1999 Bryan Street, Suite 900
Dallas, Texas 75201-3136

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Domingo Manuel Llagostera
Blank Rome LLP
717 Texas Avenue
Houston, TX 77002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JEANNETTE J. CLACK
CLERK OF COURT
s/LEIGH ANNE DIAZ
DEPUTY CLERK



ISSUED ON 2020-04-09 12:19:59

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:20-CV-00277-ADA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for*(name of individual and title, if any)* _____
was received by me on*(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's resident or usual place of abode with*(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on*(name of individual)* _____, who is
designated by law to accept service of process on behalf of*(name of organization)* _____
_____ on*(date)* _____; or

*AFFIDAVIT ATTACHED*

☐ I returned the summons unexecuted because _____; or

☐ Other (specify): _____
_____
_____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's Address*

Additional information regarding attempted sevice, etc:
_____
_____

## CAUSE NO. 6:20-CV-00277-ADA

| | |
|---|---|
| NCS MULTISTAGE INC.<br>*Plaintiff*<br><br>vs.<br><br><br><br>NINE ENERGY SERVICE, INC.<br>*Defendant* | § UNITED STATES DISTRICT COURT<br>§<br>§ WESTERN DISTRICT OF TEXAS<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## AFFIDAVIT OF SERVICE

My name is **MICHAEL FENNELL**. I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am a private process server certified by and through the Judicial Branch Certification Commission (JBCC) of Texas, am in all ways competent to make this affidavit, and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is P.O. Box 741195, Houston, Texas 77274.

**On April 10, 2020 at 9:40 A.M.** – SUMMONS IN A CIVIL ACTION, ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT, EXHIBIT A, EXHIBIT B, NCS MULTISTAGE INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT, STANDING ORDER REGARDING SCHEDULED HEARINGS IN CIVIL CASES IN LIGHT OF CHIEF JUDGE GARCIA'S MARCH 24 AMENDED ORDER, AMENDED ORDER REGARDING COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY THE COVID-19 PANDEMIC, ORDER REGARDING COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY THE COVID-19 PANDEMIC for delivery to **NINE ENERGY SERVICE, INC. c/o REGISTERED AGENT CT CORPORATION** at 1999 BRYAN STREET, SUITE 900, DALLAS, TEXAS 75201, *came to hand.*

**On April 10, 2020 at 12:08 P.M.** – THE ABOVE NAMED DOCUMENTS HAVING FIRST ENDORSED THE DATE OF DELIVERY ON SAME WERE DELIVERED TO: **NINE ENERGY SERVICE, INC. c/o REGISTERED AGENT CT CORPORATION TO ANNETTE WILLIAMS, DESIGNATED AGENT** at 1999 BRYAN STREET, SUITE 900, DALLAS, DALLAS COUNTY, TEXAS 75201, *by personal service.*

**FURTHER AFFIANT SAYETH NOT.**

_____
**MICHAEL FENNELL, Affiant**
**ID: PSC-2558 expires: 03/31/2021**

Before me personally appeared the above-named affiant, who, being first duly sworn, stated upon oath that the above-stated facts are true and correct, and within his or her personal knowledge, and subscribed the same on this 14th day of April, 2020.

BURLIE E. HANSON
Notary Public, State of Texas
Comm. Expires 01-19-2026
Notary ID 1405606

_____
Notary Public In and For the State of Texas

Scopic Legal Process
DocID: 13316.1