**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| NCS MULTISTAGE INC. | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 6:20-cv-00277-ADA |
| vs. | § § § | |
| NINE ENERGY SERVICE, INC. | § § | |
| Defendant. | § § § | |

**JOIN<u>T MOTION FOR ENTRY OF THE
PARTIES' PROPOSED SCHEDULING ORDER</u>**

Pursuant to the Court's Order Governing Proceedings – Patent Cases (Dkt. 20) dated June 30, 2020, Plaintiff NCS Multistage Inc. and Defendant Nine Energy Service, Inc. hereby move this Court to enter the Parties' Proposed Scheduling Order, attached as <u>Exhibit 1</u>.

The parties have conferred with the Court's patent clerk to select January 14, 2021 (9 a.m.) as the date of the *Markman* hearing. Additionally, the clerk advised the parties that trial would be set for October 18, 2021. As such, the parties have modified the Court's default scheduling order to accommodate these two dates, as well as to accommodate any federal holidays.

| | |
|---|---|
| **Dated: July 30, 2020** | Respectfully submitted, |

| | |
|---|---|
| */s/ Domingo M. LLagostera* | /s/ Hilary L. Preston |
| Domingo M. LLagostera | Hilary L. Preston |
| (*Attorney-in-charge*) | (*Attorney-in-charge*) |
| State Bar No. 24070157 | Texas Bar No. 24062946 |
| DLLagostera@BlankRome.com | hpreston@velaw.com |
| Russell T. Wong (*admitted pro hac vice*) | VINSON & ELKINS LLP |
| State Bar No. 21884235 | 2801 Via Fortuna, Suite 100 |
| RWong@blankrome.com | Austin, TX 78746 |
| Andrew K. Fletcher (*admitted pro hac vice*) | Telephone: +1.512.542.8400 |
| PA State ID. 75544 | Fax: +1.512.542.8612 |
| AFletcher@blankrome.com | |
| Munira Jesani (*admitted pro hac vice*) | Parker D. Hancock |
| State Bar No. 24101967 | Texas Bar No. 24108256 |
| MJesani@blankrome.com | phancock@velaw.com |
| 717 Texas Avenue, Suite 1400 | Sean P. Belding |
| Houston, TX 77002 | Texas Bar No. 24109634 |
| Tel.: (713) 632-8682 | sbelding@velaw.com |
| | VINSON & ELKINS LLP |
| **Attorneys for Plaintiff / Counter-Defendant NCS Multistage Inc.** | 1001 Fannin Street, Suite 2500 |
| | Houston, TX 77002-6760 |
| | Telephone: +1.713.758.2222 |
| | Fax: +1.713.758.2346 |
| | |
| | **Attorneys for Defendant / Counter-Plaintiff Nine Energy Services, Inc.** |

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record were electronically served with a copy of the foregoing on July 30, 2020 via the Court's CM/ECF system.

                                                      */s/ Domingo M. LLagostera*
                                                      Doming M. LLagostera