# EXHIBIT I

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| NCS MULTISTAGE INC.,<br><br>    Plaintiff,<br><br>v.<br><br>NINE ENERGY SERVICE, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 6:20-CV-00277<br><br>**JURY TRIAL DEMANDED** |

### DECLARATION OF ATTORNEY PARKER D. HANCOCK

I, Parker D. Hancock, do hereby declare and state as follows:

1. My date of birth is June 3, 1987.

2. I am a resident of Houston, Texas.

3. I maintain my office at 1001 Fannin St., Houston, TX 77008.

4. I am a senior associate at Vinson & Elkins LLP, and am counsel of record in the above-captioned case for Nine Energy Service, Inc. ("Nine").

5. I have personal knowledge of the matters set forth in this declaration, and if called upon as a witness, I could and would testify competently. I submit this declaration in support of Nine's Motion to Transfer Venue.

6. I prepared this declaration, and the map attached to Nine's Motion to Transfer as Exhibit B, including plotting and measuring all relevant distances using Google Maps and Google Earth. To my knowledge, the distances described herein and in Exhibit B are accurate.

7. The Houston division of the Southern District of Texas ("SDTX") is located in the Bob Casey United States Courthouse at 515 Rusk St., Houston, TX 77002. The Waco division of the Western District of Texas ("WDTX") is located in the Federal Courthouse in Waco, at 800

1

Franklin Ave, Waco, TX 76701. The Bob Casey United States Courthouse is about 160 miles from the Federal Courthouse in Waco.

8. Nine has its worldwide headquarters at 2001 Kirby Drive Suite 200, Houston, Texas 77019. Ex. A, at ¶ 7. This address is approximately 3 miles from the Bob Casey United States Courthouse. Nine's worldwide headquarters is situated in the Houston division of SDTX.

9. Nine maintains facilities in Midland at 12914 W. Co. Road 91, Midland TX 79707; 551 State Street, Midland, TX 79703; and 9319 W. IH-20, Midland, TX 79706. Ex. A, at ¶ 11. These facilities are all located approximately 290 miles from the Federal Courthouse in Waco, and are situated in the Midland division of WDTX.

10. Nine's facility in Monahans is located at 1101 South Loop Road 464, Monahans, TX. Ex. A, at ¶ 11. This location is approximately 340 miles from the Federal Courthouse in Waco, and is situated in the Pecos division of WDTX.

11. Nine's facility in Pleasanton is located at 496 Shale Road, Pleasanton, TX 78064. Ex. A, at ¶ 11. The Pleasanton facility is approximately 198 miles from the Federal Courthouse in Waco, and is situated in the San Antonio division of WDTX.

12. Nine's facility in Corpus Christi is located at 5655 Bear Lane, Suite 100, Corpus Christi, Texas 78505. Ex. A, ¶ 18. The Corpus Christi facility is located approximately 187 miles from the Bob Casey United States Courthouse in Houston, approximately 261 miles from the Federal Courthouse in Waco, and is situated in the Corpus Christi division of SDTX.

13. Nine also has facilities in Norway at Elvavagen 1 Inngang, 1A 5265 Ytre Arna, in Bergen, Norway. Ex. A, at ¶ 11. This location is outside the United States.

14. OFS International LLC's ("OFS") manufacturing facility is located at 7735 Miller Road, Houston, TX 77049. Ex. A, ¶ 18. This location is less than 14 miles from the Bob Casey United States Courthouse, and is situated in the Houston division of SDTX. Ex. A, at ¶ 18.

15. According NCS Multistage, Inc.'s ("NCS") website, NCS does not maintain any facilities in the Waco Division of WDTX. *See* Ex. C.

16. NCS claims to have a worldwide headquarters at 19350 State Highway 249, Suite 600, Houston, TX 77070. Complaint, Dkt. 2, ¶ 3. This location is less than 20 miles from the Bob Casey United States Courthouse, but is more than 140 miles from the courthouse in Waco.

17. I have reviewed the complaint in *NCS Multistage v. TCO AS* (the "TCO Case"), No. 6:20-cv-00622-ADA (W.D. Tex.). I understand that NCS has alleged that TCO Products, Inc. has a principal place of business at 1417 Vander Wilt Lane, Katy, TX 77449. TCO Case, Complaint, at ¶ 5. This location is less than 23 miles from the Bob Casey United States Courthouse.

18. I also understand that NCS has alleged that Arsenal, Inc. has a principal place of business at 700 Louisiana St., Suite 3950, Houston, TX 77002. TCO Case, Complaint, at ¶ 6. This location is less than a mile from the Bob Casey United States Courthouse, and is, in fact across the street from the courthouse. This location is also situated in the Houston division of SDTX

19. I have reviewed the complaint in *NCS Multistage v. Allamon Tool Company, Inc.* ("Allamon Case"), No. 6:20-cv-00699-ADA (W.D. Tex.). I understand that NCS has alleged that Allamon Tool Company has a principal place of business at 18935 Freeport Drive, Montgomery TX 77356. Allamon Case, Complaint, at ¶ 4. This location is approximately 46 miles from the Bob Casey United States Courthouse, and is situated in the Houston division of SDTX.

3

20. I have reviewed the complaint in *NCS Multistage v. Packers Plus Energy Services, Inc.* ("Packers Plus Case"), No. 6:20-cv-00700-ADA (W.D. Tex.). I understand that NCS has alleged that Packers Plus Energy Services (USA) Inc. has a principal place of business at 11415 Spell Road, Tomball, TX 77375. Packers Plus Case, Complaint, at ¶ 5. This location is approximately 25 miles from the Bob Casey United States Courthouse, and is situated in the Houston division of SDTX.

21. I have reviewed the complaint in *NCS Multistage v. Permian Petrolink, LLC* (the "Petrolink Case"), No. 6:20-cv-00701-ADA (W.D. Tex.). I understand that NCS has alleged that Permian Petrolink has a principal place of business at 3217 Commercial Drive, Midland, TX 79701. Petrolink Case, at ¶ 4. This location is approximately 290 miles from the Federal Courthouse in Waco, and is situated in the Midland division of WDTX.

22. I understand that Travis Harris, one of the named inventors of U.S. Patent 10,465,445, currently resides in Houston and is currently employed at Packers Plus Energy Services, Inc. ("Packers Plus"), according to his publicly-available LinkedIn profile. *See* Ex. D.

23. I understand that the Waco Regional Airport website indicates that the only commercial service into Waco is via Dallas Fort Worth Airport ("DFW"). Ex. E. Accordingly, there are no direct flights from Houston.

24. I understand that the Court has preliminarily set January 14, 2021 as the *Markman* hearing date, and October 18, 2021 as the trial date. At present, airlines have not released schedules for October 2021, however I have performed searches for flights from Bergen, Norway to Waco (Ex. F) and to Houston (Ex. G) around the *Markman* date as an example flight schedule. During that time, all flights into Waco require three stops, including a layover in DFW, lasting about 18-20 hours and cost around $2,100 per person for economy seats. (Ex. F). In contrast,

4

there is a direct flight from Bergen to Houston with a single stop in Amsterdam (same aircraft), lasting 15 hours, with a cost of $1,273.  (Ex. G).

25. Exhibit H is a true and correct excerpt from Table C-5, Median Time From Filing to Disposition of Civil Cases, by Action Taken, obtained form the Federal Judicial Caseload Statistics 2019 Tables, which is the most recent version available as of the submission of this declaration. It has been excerpted to show only those jurisdictions within the Fifth Circuit, including both SDTX and WDTX

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed in Harris County, State of Texas,
on the 31th day of July, 2020.**

_____
Parker D. Hancock
Vinson & Elkins LLP
1001 Fannin St., Suite 2600
Houston, TX 77008

5