**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| NCS MULTISTAGE INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 6:20-cv-00277-ADA |
| | § | |
| NINE ENERGY SERVICE, INC., | § | |
| | § | |
| Defendant. | § | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S OPPOSED MOTION TO STRIKE**

Before the Court is Plaintiff NCS Multistage Inc.'s Opposed Motion to Strike Defendant Nine Energy Service, Inc.'s ("Nine") Preliminary Invalidity Contentions. Having considered the parties' briefings, the Court hereby **GRANTS** the motion.

**IT IS ORDERED** that Defendant Nine's Preliminary Invalidity Contentions are stricken. Nine is ordered to re-serve Preliminary Invalidity Contentions within 7 days of this Order.

SIGNED this _____ day of September, 2020

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE