# Exhibit E



## hydrostatic pressure  noun



**Definition of** *hydrostatic pressure*

: pressure exerted by or existing within a liquid at rest with respect to adjacent bodies

NCS-Airlock_00004631