# EXHIBIT 6



# RANDOM HOUSE WEBSTER'S
## *college dictionary*
*with CD-ROM*

RANDOM HOUSE
REFERENCE

NEW YORK   TORONTO   LONDON   SYDNEY   AUCKLAND

NINE_0001091

*Random House Webster's College Dictionary*
Copyright © 2001 by Random House, Inc.

All rights reserved. No part of this book may be reproduced in any form or by any means, electronic or mechanical, including photocopying, without the written permission of the publisher. All inquiries should be addressed to Random House Reference, Random House, Inc., 1745 Broadway, New York, NY, 10019. Published in the United States by Random House, Inc., New York and simultaneously in Canada by Random House of Canada Limited.

The first Random House college dictionary, the *American College Dictionary*, was published in 1947 to critical acclaim. The first edition of the *Random House Webster's College Dictionary* was published in 1991. Subsequent revisions were published in 1992, 1995, and 1996. A second, completely redesigned, revised, and updated edition was published in 1997, with updates copyright ©2005, 2001, 2000, 1999, 1998, 1996, 1995, 1992, 1991 by Random House, Inc.

New words edited by Barbara Ann Kipfer, Dictionary.com Managing Editor, Lexico Publishing Group.

**Trademarks**
A number of entered words which we have reason to believe constitute trademarks have been designated as such. However, no attempt has been made to designate as trademarks or service marks all words or terms in which proprietary rights might exist. The inclusion, exclusion, or definition of a word or term is not intended to affect, or to express a judgment on, the validity or legal status of the word or term as a trademark, service mark, or other proprietary term.

Please address inquiries about electronic licensing of reference products, for use on a network or in software or on CD-ROM, to the Subsidiary Rights Department, Random House Reference, fax 212-572-6003.

This book is available for special discounts for bulk purchases for sales promotions or premiums. Special editions, including personalized covers, excerpts of existing books, and corporate imprints, can be created in large quantities for special needs. For more information, write to Random House, Inc., Special Markets/Premium Sales, 1745 Broadway, MD 6-2, New York, NY, 10019 or e-mail specialmarkets@randomhouse.com.

**Library of Congress Cataloging-in-Publication Data**

Random House Webster's college dictionary
    p. cm.
ISBN 0-375-42600-0
 1. English language--Dictionaries.    I. Random House (Firm)
PE1628.R28  1999
423--DC21                                       99-12620
                                                   CIP

Visit the Random House Reference Web site at www.randomwords.com

Typeset and Printed in the United States of America

2001 Second Revised and Updated Random House Edition
9 8 7 6 5 4 3 2 1

**atomizer** to **attend**

**at·om·iz·er** (at'ə mī'zər), n. an apparatus for reducing liquids to a fine spray, as for medicinal or cosmetic application. [1860–65]

**at'om smash'er**, n. PARTICLE ACCELERATOR. [1935–40]

**at·o·my** (at'ə mē), n., pl. **-mies**. 1. an atom; mote. 2. a small creature; pygmy. [1585–95; sing. use of L atomī, pl. of atomus ATOM]

**a·ton·al** (ā tōn'l), adj. marked by atonality. [1920–25] —**a·ton'al·ist**, n. —**a·ton'al·ly**, adv.

**a·to·nal·i·ty** (ā'tō nal'i tē), n. music composed without reference to traditional tonality and employing the chromatic pitches on a free and equal basis. [1920–25]

**a·tone** (ə tōn'), v., **a·toned**, **a·ton·ing**. —v.i. 1. to make amends, as for an offense or error or for an offender (usu. fol. by for): to atone for one's sins. 2. Obs. to become reconciled; agree. —v.t. 3. to make amends for; expiate. 4. Obs. to bring into unity, accord, etc. [1545–55; back formation from ATONEMENT] —**a·ton'a·ble**, **a·tone'a·ble**, adj. —**a·ton'er**, n. —**a·ton'ing·ly**, adv.

**a·tone·ment** (ə tōn'mənt), n. 1. satisfaction or reparation for a wrong or injury; amends. 2. (sometimes cap.) the Christian doctrine that the reconciliation of God and humankind will be accomplished through Christ. 3. (in Christian Science) the state in which humankind exemplifies the attributes of Christ. 4. Archaic. reconciliation; agreement. [1505–15; from phrase at one in harmony + -MENT]

**a·ton·ic** (ə ton'ik, ā ton'-), adj. 1. a. not accented. 2. characterized by atony. —n. 3. an unaccented word, syllable, or sound. [1720–30]

**at·o·ny** (at'n ē) also **a·to·ni·a** (ə tō'nē ə, ā tō'-); n. 1. lack of tone or energy; muscular weakness, esp. in a contractile organ. 2. lack of stress accent. [1685–95; < LL atonia < Gk, der. of átonos unaccented, languid, lit., toneless. See A-⁶, TONE]

**a·top** (ə top'), adj., adv. 1. on or at the top. —prep. 2. on the top of: atop the flagpole. [1650–60]

**at·o·py** (at'ə pē), n. allergic hypersensitivity associated with the overproduction of antibody of the IgE type. [1920–25; < Gk atopía unusualness < átopos unusual] —**a·top·ic** (ā top'ik, ə top'-), adj.

**-ator**, a suffix that forms nouns corresponding to verbs ending in -ATE¹, denoting a human agent (agitator; mediator) or nonhuman entity, esp. a machine (incubator; vibrator) performing the function named by the verb. Compare -TOR, -OR². [< L -ātor]

**-atory**, a combination of -ATE¹ and -ORY¹ or -ORY², used infrequently as an independent suffix with the same senses as -ORY¹ and -ORY²: affirmatory; observatory. [< L -ātōrius]

**ATP**, adenosine triphosphate: a nucleotide that is the primary source of energy in all living cells because of its function in donating a phosphate group during biochemical activities; composed of adenosine, ribose, and three phosphate groups and formed by enzymatic reaction from adenosine diphosphate and an orthophosphate. Compare ADP. [1940–45]

**ATPase** (ā'tē/pē'ās, -āz), n. adenosine triphosphatase: any of several enzymes that catalyze the hydrolysis of ATP to ADP and phosphate. [1945–50]

**at·ra·bil·ious** (a'trə bil'yəs) also **at'ra·bil'iar**, adj. 1. gloomy; morose; melancholy; morbid. 2. irritable; bad-tempered; splenetic. [1645–55; < L ātra bīli(s) black bile + -OUS] —**at'ra·bil'ious·ness**, n.

**at·ra·zine** (a'trə zēn'), n. a white, crystalline compound, $C_8H_{14}N_5Cl$, used as a weed killer. [1960–65; A(MINO-) + TR(I)AZINE]

**a·tre·sia** (ə trē'zhə, -zhē ə), n. the absence, or failure to develop, of a normal body opening or duct, as the ear canal. [1800–10; < Gk a-A-⁶ + trēs(is) perforation + -ia -IA] —**a·tre'sic** (-zik, -sik), **a·tret·ic** (ə tret'ik), adj.

**A·tre·us** (ā'trē əs, ā'tryōōs), n. a legendary king of Mycenae, the father of Agamemnon and Menelaus.

**a·tri·o·ven·tric·u·lar** (ā'trē ō ven trik'yə lər), adj. of or pertaining to the atria and ventricles of the heart. Abbr.: AV, A-V [1855–60]

**a'trioventric'ular bun'dle**, n. a bundle of conducting muscle fibers in the heart leading from the atrioventricular node to the ventricles. Also called **bundle of His**.

**a'trioventric'ular node'**, n. a small mass of conducting muscle fibers in the heart, at the base of the right atrium, that transmits heartbeat impulses to the ventricles. [1930–35]

**a·tri·um** (ā'trē əm), n., pl. **a·tri·a** (ā'trē ə), **a·tri·ums**. 1. a. a usu. skylighted lobby or court, often several stories high, in an office building, hotel, etc. b. a central courtyard or patio open to the sky. c. the main or central room of an ancient Roman house, open to the sky at the center. d. a courtyard, flanked or surrounded by porticoes, in front of an early or medieval Christian church. 2. a. a cavity of the body. b. Also called **auricle**. either of the two thin-walled upper chambers of the heart that receive blood from the veins and force it into the ventricles. [1570–80; < NL, L] —**a'tri·al**, adj.

**a·tro·cious** (ə trō'shəs), adj. 1. extremely wicked or brutal: an atrocious crime. 2. shockingly bad: atrocious manners. [1660–70; < L atrōx, s. atrōci- frightful, fierce] —**a·tro'cious·ly**, adv. —**a·tro'cious·ness**, n.

**a·troc·i·ty** (ə tros'i tē), n., pl. **-ties**. 1. the quality or state of being atrocious. 2. an atrocious act, thing, or circumstance. [1525–35; < L]

**at·ro·phy** (a'trə fē), n., v., **-phied**, **-phy·ing**. —n. Also, **a·tro·phi·a** (ə trō'fē ə). 1. a wasting away of the body or of an organ or part, as from defective nutrition or nerve damage. 2. degeneration or decline, as from disuse. —v.t. 3. to affect with atrophy. —v.i. 4. to undergo atrophy; wither; degenerate. [1590–1600; earlier atrophie (< MF) < LL atrophia < Gk; see A-⁶, -TROPHY] —**a·troph·ic** (ə trof'ik, ə trō'fik), adj.

**at·ro·pine** (a'trə pēn', -pin), n. a poisonous crystalline alkaloid,

$C_{17}H_{23}NO_3$, obtained from belladonna or other nightshade plants, used chiefly to relieve spasms or, topically, to dilate the pupil of the eye. [1830–40; < NL Atrop(a) belladonna genus < Gk átropos not turning, inflexible; see A-⁶, -TROPE]

**At·ro·pos** (a'trə pos'), n. the Fate who cuts the thread of life.

**att.**, 1. attached. 2. attention. 3. attorney.

**at·ta·boy** (at'ə boi'), interj. Informal. (used as an expression of encouragement or approval to a boy, man, or male animal.) [1905–10, Amer.]

**at·tach** (ə tach'), v.t. 1. to fasten or affix; join; connect: to attach papers with a staple. 2. to join in action or function; make part of: to attach oneself to a group. 3. to place on temporary duty with a military unit. 4. to include as a quality or condition of something: One proviso is attached to this legacy. 5. to assign or attribute: to attach significance to a gesture. 6. to bind by ties of affection, regard, or the like. 7. to take (persons or property) by legal authority. 8. Obs. to lay hold of; seize. —v.i. 9. to adhere; pertain; belong (usu. fol. by to or upon): No blame attaches to him. [1300–50; OF atachier to fasten, alter. of estachier to fasten with or to a stake < Gmc *stakka STAKE¹] —**at·tach'a·ble**, adj. —**at·tach'er**, n.

**at·ta·ché** (a tə shā', at'ə-; esp. Brit. ə tash'ā), n., pl. **-chés**. 1. a diplomatic official or a military officer assigned to an embassy or legation in a foreign country, esp. in a technical capacity. 2. Also, **at'ta·che'**. ATTACHÉ CASE. [1825–35; < F: ptp. of attacher to ATTACH]

**attaché' case'**, n. a flat, usu. rigid briefcase for carrying business papers, documents, etc. [1900–05]

**at·tached** (ə tacht'), adj. 1. joined; connected; bound. 2. Zool. permanently fixed to the substratum; sessile. [1545–55]

**at·tach·ment** (ə tach'mənt), n. 1. the act of attaching or the state of being attached. 2. a feeling that binds one to a person, thing, cause, ideal, or the like; devotion; regard. 3. something that attaches; a fastening or tie. 4. an additional or supplementary device: attachments for an electric drill. 5. seizure of property or persons by legal authority, esp. seizure of a defendant's property as security for debt. 6. something attached, as a document added to a letter. [1400–50] —Syn. See ADDITION.

**at·tack** (ə tak'), v.t. 1. to set upon in a forceful, violent, hostile, or aggressive way, with or without a weapon; begin fighting with: The guard dog attacked the prowler. 2. to begin hostilities against; start an offensive against: to attack the enemy. 3. to accuse, blame, or criticize severely; abuse verbally. 4. to try to harm, undermine, or destroy, esp. with verbal abuse: to attack someone's reputation. 5. to set about doing or working on vigorously. 6. (of disease, destructive agencies, etc.) to begin to affect. —v.i. 7. to make an attack; begin hostilities. —n. 8. the act of attacking; onslaught; assault. 9. a military offensive against an enemy or enemy position. 10. seizure by disease, illness, or other condition: an attack of indigestion; an attack of hiccups. 11. an experiencing of some sensation or response: an attack of remorse; an attack of the giggles. 12. the beginning or initiating of some action; onset. 13. an aggressive move in a performance or contest. 14. the approach or manner of approach in beginning a musical phrase. [1590–1600; < MF atta(c)quer < It attaccare to attack, ATTACH] —**at·tack'a·ble**, adj. —**at·tack'er**, n. —Syn. ATTACK, ASSAIL, ASSAULT all mean to set upon someone forcibly, with hostile or violent intent. ATTACK is a general word that applies to the beginning of any planned aggressive action, physical or verbal: to attack an enemy from ambush; to attack a candidate's record. ASSAIL implies a vehement, sudden, and usu. repeated attack that aims to weaken an opponent: assailed by gunfire; assailed by gossip. ASSAULT implies a violent physical attack involving direct contact; it may also refer to a sudden and violent verbal attack: an elderly couple assaulted by a mugger; a reputation assaulted by the press.

**at·tain** (ə tān'), v.t. 1. to reach, achieve, or accomplish; gain; obtain: to attain one's goals. 2. to come to or arrive at: to attain the mountain peak. —v.i. 3. to succeed in reaching something: to attain to knowledge. 4. to reach in the course of development or growth: These trees attain to remarkable height. [1300–50; ME atei(g)nen < AF, OF ateign-, s. of ateindre < VL *attangere (for L attingere) = L at- AT- + tangere to touch] —**at·tain'a·ble**, adj. —**at·tain'a·bil'i·ty**, **at·tain'a·ble·ness**, n. —**at·tain'er**, n. —Syn. See GAIN¹.

**at·tain·der** (ə tān'dər), n. 1. the extinction of a person's civil rights upon being sentenced to death or outlawry for treason or a felony. 2. Obs. dishonor. [1425–75; late ME, n. use of AF attaindre to convict, OF ataindre (to convict, ATTAIN]

**at·tain·ment** (ə tān'mənt), n. 1. the act of attaining. 2. something attained; a personal acquirement; achievement. [1350–1400]

**at·taint** (ə tānt'), v.t. 1. to punish with attainder. 2. to disgrace. 3. Archaic. to accuse. 4. Obs. to prove the guilt of. —n. 5. Obs. a stain; disgrace; taint. [1250–1300; ME ataynten, der. of ataynt convicted < AF, OF, ptp. of ataindre to convict, ATTAIN]

**at·tar** (at'ər), n. a perfume or essential oil obtained from flowers or petals. [1790–1800; short for Pers 'atar-gül attar of roses]

**at·tempt** (ə tempt'), v.t. 1. to make an effort at; try; undertake: to attempt a difficult task. 2. Archaic. to attack; move against in a hostile manner: to attempt a person's life. 3. Archaic. to tempt. —n. 4. an effort made to accomplish something. 5. an attack or assault: an attempt on a person's life. 6. Archaic. to test, tamper with. [1350–1400; ME < AF atempter < L attemptāre. See AT-, TEMPT] —**at·tempt'a·ble**, adj.

**at·tend** (ə tend'), v.t. 1. to be present at: to attend school. 2. to go with as a concomitant or result; accompany: Fever may attend a cold. 3. to take care of; minister to: a nurse attending a patient. 4. to wait upon; accompany or serve: The retainers attended their lord. 5. to

**point, or sign, as a cedilla, tilde, circumflex, or macron, added or attached to a letter, as to distinguish it from another of similar form, to give it a particular phonetic value, or to indicate stress. —adj. 2. diacritical. 3. diagnostic. [1670–80; < Gk diakritikós separating]**
**di·a·crit·i·cal** (dī′ə krit′i kəl), adj. 1. serving to distinguish; distinctive. 2. capable of distinguishing. 3. serving as a diacritic. [1740–50] —di′a·crit′i·cal·ly, adv.
**di·a·del·phous** (dī′ə del′fəs), adj. (of stamens) united into two sets by their filaments. [1800–10]
**di·a·dem** (dī′ə dem′), n. 1. CROWN (def. 1). 2. an ornamental headband worn as a symbol of royalty. 3. royal dignity or authority. [1250–1300; ME diademe (< AF) < L diadēma < Gk diádēma fillet, band]
**di·ad·ro·mous** (dī ad′rə məs), adj. (of fish) migrating between fresh and salt waters. [1945–50]
**di·aer·e·sis** (dī er′ə sis), n., pl. -ses (-sēz′). DIERESIS.
**diag.,** 1. diagonal; diagonally. 2. diagram.
**di·a·gen·e·sis** (dī′ə jen′ə sis), n. the physical and chemical changes occurring in sediments between the times of deposition and solidification. [1885–90] —di′a·ge·net′ic (-jə net′ik), adj.
**di·a·ge·o·trop·ic** (dī′ə jē′ə trop′ik, -trō′pik), adj. (of plants) having a tendency for the rhizomes, branches, etc., to grow at a right angle to the direction of gravity. [1875–80] —di′a·ge·ot′ro·pism (-o′trə piz′əm), n.
**di·ag·nose** (dī′əg nōs′, -nōz′, dī′əg nōs′, -nōz′), v., -nosed, -nos·ing. —v.t. 1. to determine the identity of (a disease, illness, etc.) by a medical examination. 2. to ascertain the cause or nature of (a disorder or problem) from the symptoms. —v.i. 3. to make a diagnosis. [1860–65; back formation from DIAGNOSIS] —di′ag·nos′a·ble, adj.
**di·ag·no·sis** (dī′əg nō′sis), n., pl. -ses (-sēz). 1. a. the process of determining by medical examination the nature and circumstances of a diseased condition. b. the decision reached from such an examination. 2. an analysis of the cause or nature of a situation. 3. an answer or solution to a problematic situation. 4. Biol. a precise description of a taxon. [1675–85; < NL < Gk diágnōsis = dia(gi)gnō(skein) to discern, determine (dia- DIA- + gignōskein to KNOW) + -sis -SIS]
**di·ag·nos·tic** (dī′əg nos′tik), adj. 1. of, pertaining to, or used in diagnosis. 2. serving to identify or characterize; being a precise indication. —n. 3. DIAGNOSIS (def. 1). 4. a symptom or characteristic of value in diagnosis. 5. a device or substance used for the analysis or detection of diseases or other medical conditions. [1615–25; < Gk diagnōstikós der. of diagignōskein (see DIAGNOSIS)] —di′ag·nos′ti·cal·ly, adv.
**di·ag·nos·ti·cian** (dī′əg no stish′ən), n. a specialist or expert in making diagnoses. [1865–70]
**di·ag·nos·tics** (dī′əg nos′tiks), n. (used with a sing. v.) the discipline or practice of diagnosis. [1660–70]
**di·ag·o·nal** (dī ag′ə nl, -ag′nl), adj. 1. a. connecting two nonadjacent angles or vertices of a polygon or polyhedron: a diagonal line. b. extending from one edge of a solid figure to an opposite edge: a diagonal plane. 2. having an oblique direction. 3. having oblique lines or markings. —n. 4. a diagonal line or plane. 5. VIRGULE. 6. a diagonal row, part, or pattern. [1535–45; < L diagōnālis < Gk diagōn(ios) from angle to angle (see DIA-, -GON)] —di·ag′o·nal·ly, adv.
**di·a·gram** (dī′ə gram′), n., v., -gramed or -grammed, -gram·ing or -gram·ming. —n. 1. a drawing or plan that outlines and explains the parts or operation of something. 2. a figure, usu. consisting of a line drawing, made to accompany and illustrate a geometrical theorem or the like. 3. a chart or plan. —v.t. 4. to make a diagram of. [1610–20; < L diagramma < Gk: that which is marked out by lines. See DIA-, -GRAM¹] —di′a·gram′ma·ble, adj. —di′a·gram·mat′ic (-grə mat′ik), adj. —di′a·gram·mat′i·cal·ly, adv.
**di·al** (dī′əl, dīl), n., v., di·aled, di·al·ing or (esp. Brit.) di·alled, di·al·ling. —n. 1. a plate or disk on a clock, watch, or sundial, containing graduated markings or figures, upon which the time of day is indicated by hands, pointers, or shadows. 2. a plate or disk with markings or figures for indicating or registering some measurement or number, usu. by means of a pointer. 3. a rotatable plate, disk, or knob used for regulating a mechanism, making and breaking electrical connections, or the like, esp. one that tunes a radio or television. 4. ROTARY DIAL. b. a set of numbered and lettered push buttons on a telephone that perform the function of a rotary dial. 5. radio or television broadcasting: a new personality on the morning dial. —v.t. 6. to indicate or register on or as if on a dial. 7. to measure with or as if with a dial. 8. to regulate or select by means of a dial. 9. to make a telephone call to. —v.i. 10. to dial a telephone. 11. to tune in or regulate by means of a dial. [1400–50; late ME: sundial, presumably < ML diālis daily (L di(ēs) day + -ālis -AL¹)]
**dial.,** 1. dialect; dialectal. 2. dialectic; dialectical.
**di·a·lect** (dī′ə lekt′), n. 1. a variety of a language distinguished from other varieties by features of phonology, grammar, and vocabulary and by its use by a group of speakers set off from others geographically or socially. 2. a provincial, rural, or socially distinct variety of a language that differs from the standard language. 3. any special variety of a language: the literary dialect. 4. a language considered as one of a group that have a common ancestor: Persian, Latin, and English are Indo-European dialects. [1545–55; < L dialectus < Gk diálektos discourse, language, dialect, n. der. of dialégesthai to converse (dia- DIA- + légein to speak)] —Syn. See LANGUAGE.
**di·a·lec·tal** (dī′ə lek′tl), adj. of, pertaining to, or characteristic of a dialect. [1825–35] —di′a·lec′tal·ly, adv. —Usage. In linguistics DIA-

**LECTAL,** not **DIALECTICAL,** is the term more commonly used to denote regional or social language variation.
**di′alect at′las,** n. LINGUISTIC ATLAS. [1930–35]
**di′alect geog′raphy,** n. LINGUISTIC GEOGRAPHY. [1925–30]
**di·a·lec·tic** (dī′ə lek′tik), adj. Also, dialectical. 1. pertaining to or of the nature of logical argumentation. 2. DIALECTAL. —n. 3. the art or practice of debate or conversation by which the truth of a theory or opinion is arrived at logically. 4. logical argumentation. 5. HEGELIAN DIALECTIC. 6. dialectics, (often used with a sing. v.) the arguments or bases of dialectical materialism, including the elevation of matter over mind and a constantly changing reality with a material basis. 7. the juxtaposition or interaction of conflicting ideas, forces, etc. [1350–1400; ( < AF) < L dialectica < Gk dialektikē (téchnē) argumentative (art), fem. of dialektikós. See DIALECT, -IC] —di′a·lec′ti·cal·ly, adv.
**di·a·lec·ti·cal** (dī′ə lek′ti kəl), adj. 1. DIALECTIC(def. 1). 2. DIALECTAL. [1520–30] —Usage. See DIALECTAL.
**dialec′tical mate′rialism,** n. the Marxian system of thought that combines philosophical materialism with the Hegelian dialectic and forms the theoretical basis for Communism. [1925–30]
**di·a·lec·ti·cian** (dī′ə lek tish′ən), n. 1. a person skilled in dialectic. 2. a specialist in dialects; dialectologist. [1685–95; < F]
**di·a·lec·tol·o·gy** (dī′ə lek tol′ə jē), n. the study of dialects. [1875–80] —di′a·lec′to·log′i·cal, adj. —di′a·lec·tol′o·gist, n.
**di·al·er** (dī′ə lər, dī′lər), n. 1. one that dials. 2. an electronic device attached to a telephone to call preselected numbers automatically.
**di′alog box′,** n. Computers. (in a graphical user interface) a box, called up temporarily on the screen, that asks for user input.
**di·a·log·ic** (dī′ə loj′ik) also **di′a·log′i·cal,** adj. pertaining to or characterized by dialogue. [1825–35; < ML < Gk] —di′a·log′i·cal·ly, adv.
**di·al·o·gist** (dī al′ə jist), n. 1. a speaker in a dialogue. 2. a writer of dialogue. [1650–60; < LL < Gk] —di′a·lo·gis′tic (-ə lō jis′tik), adj. —di′a·lo·gis′ti·cal·ly, adv.
**di·a·logue** or **di·a·log** (dī′ə lôg′, -log′), n., v. -logued, -logu·ing. —n. 1. conversation between two or more persons. 2. the conversation between characters in a novel, drama, etc. 3. an exchange of ideas or opinions on a particular issue esp. with a view to reaching an amicable agreement. 4. a literary work in the form of a conversation. —v.i. 5. to carry on a dialogue; converse. 6. to discuss areas of disagreement frankly in order to resolve them. —v.t. 7. to put into the form of a dialogue. [1175–1225; ME < OF d̄ialogue, L dialogus < Gk diálogos, n. der. of dialégesthai to converse] —di′a·logu′er, n.
**di′al tone′,** n. a steady telephone tone indicating that the line is ready for dialing. [1890–95]
**dial′-up′,** adj. available or transmitted via telephone lines: Use your modem to get dial-up technical support for the software.
**di·al·y·sis** (dī al′ə sis), n., pl. -ses (-sēz′). 1. the separation of crystalloids from colloids in a solution by diffusion through a membrane. 2. the process, used in treating kidney disease, by which uric acid and urea are removed from circulating blood by means of a dialyzer. [1580–90; < LL < Gk diálysis a separation, der. of dialý(ein) to part, separate (dia- DIA- + lýein to loosen)] —di′a·lyt′ic (-ə lit′ik), adj.
**di·a·lyze** (dī′ə līz′), v., -lyzed, -lyz·ing. —v.t. 1. to subject to dialysis; separate or procure by dialysis. —v.i. 2. to undergo dialysis. [1860–65] —di′a·lyz′a·ble, adj. —di′a·lyz′er, n. —di′a·ly·za′tion, n.
**diam.,** diameter.
**di·a·mag·net** (dī′ə mag′nit), n. a substance, as bismuth or copper, whose permeability is less than that of a vacuum: in a magnetic field, its induced magnetism is in a direction opposite to that of iron. [1860–65] —di′a·mag·net′ic (-net′ik), adj. —di′a·mag′net·ism, n.
**di·a·man·té** (dē′ə män tā′), n. 1. glittery ornamentation, as of sequins. 2. fabric covered with this. [1900–05; < F diamanté ornamented with diamonds, ptp. of diamanter, v. der. of diamant DIAMOND]
==**di·am·e·ter** (dī am′i tər), n. 1. a. a straight line passing through the center of a circle or sphere and meeting the circumference or surface at each end. b. a straight line passing from side to side of any figure or body, through its center. 2. the length of such a line. 3. the width of a circular or cylindrical object. [1350–1400; ME diametre < OF < L diametros < Gk diámetros diagonal, diameter = dia- DIA- + -metros, der. of métron METER¹] —di·am′e·tral, adj.==
**di·a·met·ri·cal** (dī′ə me′tri kəl) also **di·a·met′ric,** adj. 1. of, pertaining to, or along a diameter. 2. being in direct opposition or at opposite extremes: diametrical opinions. [1545–55; < Gk diametrik(ós) (diámetr(os) DIAMETER + -ikos -IC) + -AL¹] —di′a·met′ri·cal·ly, adv.
**di·a·mide** (dī′ə mīd′, dī am′id), n. a chemical compound containing two amide groups. [1865–70]
**di·a·mine** (dī′ə mēn′, dī am′in), n. a chemical compound containing two amino groups. [1865–70]
**dia·mond** (dī′mənd, dī′ə-), n. 1. a pure or nearly pure, extremely hard form of carbon crystallized in the isometric system. 2. a piece of this substance. 3. a transparent, flawless or almost flawless piece of this mineral, esp. when cut and polished, valued as a precious gem. 4. a piece of jewelry containing a diamond. 5. a piece of this mineral used in a drill or cutting tool. 6. an equilateral quadrilateral, esp. as placed with its diagonals vertical and horizontal. 7. a red rhombus-shaped figure on a playing card. 8. a card bearing such figures. 9. diamonds, (used with a sing. or pl. v.) the suit so marked. 10. a. the infield in baseball. b. the entire playing field. —adj. 11. made of or set with diamonds. 12. having the shape of a diamond. 13. indicating the 60th or 75th event of a series, as a wedding anniversary. —v.t. 14. to adorn with or as if with diamonds. —Idiom. 15. diamond in the

forcefulness of expression. **7.** *Physics.* the capacity to do work. Symbol: E **8.** < LL *energīa* < Gk *enérgeia* activity < *energe-* (s. of *energeîn* to be in action, operate = *en-* EN-² + *-ergein*, der. of *érgos* WORK) + *-ia* -Y³]

**en′ergy au′dit,** *n.* a technical check of energy use, as in a home or factory, to monitor and evaluate consumption. [1975–80]

**en′ergy bar′,** *n.* a bar-shaped food having a high carbohydrate and protein content, supplemented with vitamins and minerals. [1980–85]

**en′ergy effi′ciency ra′tio,** *n.* a measure of the efficiency of a heating or cooling system, equal to the ratio of the output in BTU per hour to the input in watts. *Abbr.:* EER

**en′ergy lev′el,** *n.* one of a quantized series of states in which matter may exist, each having constant energy and separated from others in the series by finite quantities of energy. Also called **en′ergy state′.**

**En′ergy Star′ Pro′gram,** *n.* a program of the U.S. Environmental Protection Agency encouraging the manufacture of electric and electronic appliances and devices, as refrigerators or personal computers, that can reduce their energy consumption. [1990–95]

**en•er•vate** (*v.* en′ər vāt′; *adj.* i nûr′vit), *v.*, **-vat•ed, -vat•ing,** *adj.* —*v.t.* **1.** to deprive of force or strength; destroy the vigor of; weaken. —*adj.* **2.** lacking strength or vitality; enervated. [1595–1605; < L *ēnervātus,* ptp. of *ēnervāre* = *ē-* E- + *-nervāre,* der. of *nervus* sinew (see NERVE)] —**en′er•va′tion,** *n.* —**en′er•va′tive,** *adj.* —**en′er•va′tor,** *n.*

**en•fant ter•ri•ble** (äN fäN te Rē′bl³), *n., pl.* **en•fants ter•ri•bles** (äN fäN te Rē′bl³). *French.* **1.** a person who causes embarrassment by saying or doing indiscreet things. **2.** a person whose work, thought, or behavior is so unconventional as to shock. [lit., terrible child]

**en•fee•ble** (en fē′bəl), *v.t.,* **-bled, -bling.** to make feeble. [1300–50; ME < OF *enfeblir*] —**en•fee′ble•ment,** *n.* —**en•fee′bler,** *n.*

**en•feoff** (en fef′, -fēf′), *v.t.* to invest with a freehold estate in land. [1350–1400; ME *enfe(o)ffen* < AF *enfe(o)ffer* = *en-* EN-¹ + OF *fiefer, fiever,* der. of *fief* FIEF] —**en•feoff′ment,** *n.*

**en•fet•ter** (en fet′ər), *v.t.* to bind with fetters.

**En′field ri′fle,** *n.* a bolt-action, breech-loading, .30-caliber magazine rifle used in World War I. [after ENFIELD, England, where first made]

**en•fi•lade** (en′fə lād′, -läd′), *n., v.,* **-lad•ed, -lad•ing.** —*n.* **1.** sweeping gunfire, as from along the length of a line of troops. **2.** an axial arrangement, as of doorways connecting a group of rooms, providing a long vista. —*v.t.* **3.** to attack with an enfilade. [1695–1705; < F *enfil(er)* to thread, string < L *filum* thread)]

**en•fleu•rage** (äN′flə räzh′), *n.* a process of extracting perfumes by exposing odorless oils or fats to the exhalations of flowers. [1850–55; < F, = *enfleur(er)* to impregnate with scent of flowers]

**en•fold** (en fōld′), *v.t.* **1.** to wrap up; envelop. **2.** to surround with or as if with folds. **3.** to hug or clasp; embrace. **4.** to form into a fold or folds. [1585–95] —**en•fold′er,** *n.* —**en•fold′ment,** *n.*

**en•force** (en fôrs′, -fōrs′), *v.t.,* **-forced, -forc•ing.** **1.** to put or keep in force; compel obedience to: *to enforce a law.* **2.** to obtain by force or compulsion; compel: *to enforce obedience.* **3.** to impose (a course of action) upon a person. **4.** to support by force. **5.** to impress or urge forcibly. [1275–1325; ME < AF *enforcer,* OF *enforcier, enforc(ir)* = *en-* EN-¹ + *forci(e)r* to FORCE] —**en•force′a•ble,** *adj.* —**en•force′a•bil′i•ty,** *n.* —**en•forc′ed•ly,** *adv.* —**en•force′ment,** *n.*

**en•forc•er** (en fôr′sər, -fōr′-), *n.* **1.** a person or thing that enforces. **2.** a member of a group, esp. a gang, charged with keeping dissident members obedient. [1570–80]

**en•fran•chise** (en fran′chīz), *v.t.,* **-chised, -chis•ing.** **1.** to admit to citizenship, esp. to the right of voting. **2.** to endow (a city, constituency, etc.) with municipal or parliamentary rights. **3.** to set free; liberate, as from slavery. [1505–15; < MF, OF *enfranchiss-* (long s. of *enfranchir* to free) = *en-* EN-¹ + *franch-* free (see FRANK¹) + *-iss-* -ISH³] —**en•fran′chise•ment** (-chīz mənt, -chiz-), *n.* —**en•fran′chis•er,** *n.*

**ENG,** electronic news gathering: a system of news reportage using portable television cameras and sound equipment.

**Eng.,** English.

**eng., 1.** engine. **2.** engineer. **3.** engineering. **4.** engraved. **5.** engraver. **6.** engraving.

**en•gage** (en gāj′), *v.,* **-gaged, -gag•ing.** —*v.t.* **1.** to occupy the attention or efforts of; involve: *He engaged her in conversation.* **2.** to secure for aid, employment, or use; hire. **3.** to attract and hold fast: *The book engaged my attention.* **4.** to attract or please. **5.** to bind, as by a pledge or promise; make liable. **6.** to bind by a pledge to marry; betroth (usu. used in the passive). **7.** to enter into conflict with. **8.** to cause (gears or the like) to become interlocked; interlock with. **9.** to attach or secure. —*v.i.* **10.** to occupy oneself; become involved: *to engage in politics.* **11.** to take employment. **12.** to assume an obligation. **13.** to enter into conflict. **14.** (of gears) to interlock. [1515–25; < MF *engager,* OF *engagier*] —**en•gag′er,** *n.*

**en•ga•gé** (Fr. äN gA zhā′), *adj.* involved in or committed to something, as a political cause. [1950–55; < F: lit., engaged]

**en•gaged** (en gājd′), *adj.* **1.** busy or occupied. **2.** pledged to be married; betrothed: *an engaged couple.* **3.** committed or involved. **4.** involved in conflict with. **5. a.** (of gears) interlocked. **b.** (of wheels) in gear with each other. **6.** built so as to be or appear to be attached to or partly embedded in a wall: *an engaged column.* [1605–15] —**en•gag′ed•ly,** *adv.* —**en•gag′ed•ness,** *n.*

**en•gage•ment** (en gāj′mənt), *n.* **1.** the act of engaging or the state of being engaged. **2.** an appointment or arrangement, esp. to be somewhere or do something at a particular time. **3.** an agreement to marry; betrothal. **4.** a pledge; an obligation or agreement. **5.** employ-

ment, or a period or post of employment. **6.** an encounter, conflict, or battle. **7.** the act or state of interlocking. [1615–25]

**en•gag•ing** (en gā′jing), *adj.* winning; attractive; pleasing: *an engaging smile.* [1665–75] —**en•gag′ing•ly,** *adv.* —**en•gag′ing•ness,** *n.*

**en garde** (äN gärd′, äN), *interj.* (used as a direct call to fencers to assume the prescribed position preparatory to action.) [< F: on guard]

**en•gar•land** (en gär′lənd), *v.t.* to encircle with or as if with a garland. [1575–85]

**en•gen•der** (en jen′dər), *v.t.* **1.** to produce, cause, or give rise to: *Hatred engendered violence.* **2.** to beget; procreate. —*v.i.* **3.** to be produced or caused; come into existence. [1275–1325; ME < OF *en(g)endrer* < L *ingenerāre.* = *in-* EN-¹ + *generāre* to beget]

**engin.,** engineering.

**en•gine** (en′jən), *n.* **1.** a machine for converting thermal energy into mechanical energy or power to produce force and motion. **2.** a railroad locomotive. **3.** FIRE ENGINE. **4.** any mechanical contrivance. **5.** a machine or instrument used in warfare, as a battering ram, catapult, or piece of artillery. **6.** *Obs.* an instrument of torture. [1250–1300; ME *engin* < OF < L *ingenium* nature, innate quality, esp. mental power, hence a clever invention] —**en′gined,** *adj.* —**en′gine•less,** *adj.*

**en′gine block′,** *n.* CYLINDER BLOCK.

**en′gine com′pany,** *n.* a unit of a city's fire department in command of one or more firefighting vehicles. [1810–20, *Amer.*]

**en•gi•neer** (en′jə nēr′), *n.* **1.** a person trained and skilled in any of various branches of engineering: *a civil engineer.* **2.** a person trained and skilled in the design, construction, and use of engines or machines. **3.** a person who operates or is in charge of an engine or locomotive. **4.** a member of an army, navy, or air force specially trained in engineering work. **5.** a skillful manager: *a political engineer.* —*v.t.* **6.** to plan, construct, or manage as an engineer. **7.** to alter or create by means of genetic engineering. **8.** to arrange, manage, or carry through by skillful or artful contrivance. [1350–1400; < OF *engigneor* < ML *ingeniātor,* der. of *ingeniāre* to design, devise (v. der. of *ingenium;* see ENGINE)]

**en•gi•neer•ing** (en′jə nēr′ing), *n.* **1.** the practical application of science and mathematics, as in the design and construction of machines, vehicles, structures, roads, and systems. **2.** the action, work, or profession of an engineer. **3.** skillful or artful contrivance or manipulation. [1710–20]

**en•gird** (en gûrd′), *v.t.,* **-girt** or **-gird•ed, -gird•ing.** to encircle.

**en•gir•dle** (en gûr′dl), *v.t.,* **-dled, -dling.** to encircle. [1595–1605]

**Eng•lish** (ing′glish *or, often,* -lish), *adj.* **1.** the West Germanic language of England: the official language of the United Kingdom and an official, standard, or auxiliary language in the U.S. and regions formerly under British or U.S. dominion, as Ireland, Canada, Australia, and parts of the Caribbean, Africa, South Asia, and Oceania. *Abbr.:* E 2. (used with a pl. v.) **a.** the inhabitants of England. **b.** natives of England or persons of English ancestry living outside England. **3.** English language, composition, and literature as a course of study in school. **4.** simple, straightforward language. **5.** (*sometimes l.c.*) **a.** a spinning motion imparted to a ball, esp. in billiards. **b.** BODY ENGLISH. **6.** a 14-point printing type. **7.** a grade of calendered paper having a smooth matte finish. —*adj.* **8.** of or pertaining to England, its inhabitants, or the language English. —*v.t.* **9.** to translate into English. **10.** to adopt (a foreign word) into English; Anglicize. [bef. 900; ME; OE *Englisc* = *Engle* (pl.) the English (cf. L *Anglī;* see ANGLE) + *-isc* -ISH¹] —**Eng′lish•ness,** *n.*

**Eng′lish break′fast,** *n.* a hearty breakfast typically including eggs, bacon or ham, toast, and tea or coffee. [1800–10]

**Eng′lish cock′er span′iel,** *n.* one of an English breed of spaniels similar to the cocker spaniel but slightly larger. [1945–50]

**Eng′lish dai′sy,** *n.* the common European daisy, *Bellis perennis.* [1885–90]

**Eng′lish horn′,** *n.* a large oboe, a fifth lower in pitch than the ordinary oboe, having a pear-shaped bell and producing a mellow tone. [1830–40]

**Eng′lish•man** (ing′glish mən *or, often,* -lish-), *n., pl.* **-men.** a native or inhabitant of England. [bef. 950]

**Eng′lish muf′fin,** *n.* a flat muffin made from yeast dough, usu. baked on a griddle, and then split and toasted before being eaten. [1925–30]

**Eng′lish sad′dle,** *n.* a saddle having a steel cantle and pommel, no horn, full side flaps usu. set forward, a well-padded leather seat, and a saddletree designed to conform to the line of the rider's back. [1930–35]

**Eng′lish set′ter,** *n.* one of a breed of large setters having a long, flat coat, usu. white flecked with a darker color. [1855–1860]

**Eng′lish son′net,** *n.* SHAKESPEAREAN SONNET. [1900–05]

**Eng′lish spar′row,** *n.* HOUSE SPARROW. [1875–80, *Amer.*]

**Eng′lish spring′er span′iel,** *n.* one of an English breed of springer spaniels having a medium-length, usu. black-and-white or liver-and-white coat. [1915–20]

**Eng′lish sys′tem,** *n.* the foot-pound-second system of measurement.

**Eng′lish toy′ span′iel,** *n.* one of a breed of toy spaniels having a long, silky coat, a rounded head, and a short, upturned muzzle. [1930–35]

**Eng′lish wal′nut,** *n.* **1.** a walnut tree, *Juglans regia.* **2.** the nut of this tree, widely used in cooking. [1765–75, *Amer.*]

**Eng′lish•wom•an** (ing′glish wŏŏm′ən *or, often,* -lish-), *n., pl.* -wom•en. a woman who is a native or inhabitant of England. [1520–30]

**en•gorge** (en gôrj′), *v.t., v.i.,* **-gorged, -gorg•ing.** **1.** to swallow

**paralanguage** to **parapet**

genus *Aratinga* and allied genera. [1575–85; < MF *paroquet*, appar. orig. a dim. of *P(i)errot*, dim. of *Pierre* Peter, as a name for a parrot]
**par·a·lan·guage** (par′ə lang′gwij), *n.* features that accompany speech and contribute to communication but are not considered part of the language system, esp. vocal features, as voice quality. [1955–60]
**par·al·de·hyde** (pə ral′də hīd′), *n.* a colorless liquid compound, $C_6H_{12}O_3$, produced by polymerization of acetaldehyde, used in medicine as a rapidly acting sedative and hypnotic. [1855–60]
**par·a·le·gal** (par′ə lē′gəl), *n.* **1.** an attorney's assistant trained to perform certain legal tasks but not licensed to practice law. —*adj.* **2.** of or pertaining to paralegals. [1970–75]
**par·a·lin·guis·tics** (par′ə ling gwis′tiks), *n.* (*used with a sing. v.*) the study of paralanguage. [1955–60] —**par′a·lin·guis′tic,** *adj.*
**par·al·lax** (par′ə laks′), *n.* **1.** the apparent displacement of an observed object due to a change in the position of the observer. **2.** the apparent angular displacement of a celestial body due to its being observed from the surface instead of from the center of the earth or due to its being observed from the earth instead of from the sun. **3.** the difference between the view of an object as seen through the picture-taking lens of a camera and the view as seen through a separate viewfinder. [1585–95; < Gk *parállaxis* change = *parallak-* (s. of *parallássein* to cause to alternate = *para-* PARA-¹ + *allássein* to vary, akin to *állos* other) + -*sis* -SIS] —**par′al·lac′tic** (-lak′tik), *adj.*
**par·al·lel** (par′ə lel′, -ləl), *adj., n., v.,* -leled, -lel·ing or (*esp. Brit.*) -lelled, -lel·ling, *adv.* —*adj.* **1.** extending in the same direction, equidistant at all points, and never converging or diverging: *parallel rows of chairs.* **2.** having the same direction, nature, tendency, or course; corresponding; similar: *parallel interests.* **3. a.** (of straight lines) lying in the same plane but never meeting no matter how far extended. **b.** (of planes) having common perpendiculars. **c.** (of a single line, plane, etc.) equidistant from another or others (usu. fol. by *to* or *with*). **4.** having parts that are parallel. **5.** having electrical components connected in parallel: *a parallel circuit.* **6. a.** progressing at the same intervalic distance: *parallel lines in music.* **b.** sharing the same tonic: *A major and A minor are parallel keys.* **7. a.** of or pertaining to operations within a computer that are performed simultaneously: *parallel processing.* **b.** pertaining to or supporting the transfer of electronic data several bits at a time. (disting. from *serial*). —*n.* **8.** a parallel line or plane. **9.** anything parallel or comparable in direction, course, nature, or tendency, to something else. **10.** any of the imaginary lines bearing E and W on the earth's surface, parallel to the equator, that mark the latitude. **11.** something identical or similar in essential respects: *a case without a parallel.* **12.** correspondence or analogy. **13.** a comparison of things as if regarded side by side. **14.** an arrangement of an electrical circuit whereby all positive terminals are connected to one point and all negative ones to another. **15.** a pair of vertical parallel lines (‖) used in printing as a reference mark. —*v.t.* **16.** to provide a parallel for; match. **17.** to be in a parallel course to: *The road parallels the river.* **18.** to form a parallel to; equal. **19.** to show the similarity of; compare. **20.** to make parallel. —*adv.* **21.** in a parallel course or manner. [1540–50; < L *parallēlus* < Gk *parállēlos* side by side = *par-* PAR-¹ + *állēlos* one another] —**par′al·lel′ly,** *adv.*
**par′allel bars′,** *n.pl.* a gymnasium apparatus consisting of two horizontal bars on uprights, used for various exercises. [1865–70]
**par·al·lel·e·pi·ped** (par′ə lel′ə pī′pid, -pip′id), *n.* a prism with six faces, all parallelograms. [1560–70; < Gk *parallēlepípedon* body with parallel surfaces]
**par′allel evolu′tion,** *n.* the independent development of closely corresponding adaptive features in two or more groups of organisms that evolved in different but equivalent habitats. [1960–65]
**par·al·lel·ism** (par′ə le liz′əm, -lə liz′-), *n.* **1.** the fact or condition of being parallel; agreement in character, direction, etc. **2.** the position or relation of parallels. **3.** a parallel or comparison. **4.** the philosophical theory that mental and physical processes are concomitant but not causally related. **5.** the repetition of a syntactic structure for rhetorical effect. **6.** PARALLEL EVOLUTION. [1600–10] —**par′al·lel·ist,** *n.*
**par·al·lel·o·gram** (par′ə lel′ə gram′), *n.* a quadrilateral having both pairs of opposite sides parallel to each other. [1560–70;  < LL *parallēlogrammum* < Gk *parallēlógrammon*]

parallelogram

**pa·ral·y·sis** (pə ral′ə sis), *n., pl.* **-ses** (-sēz′). **1. a.** a loss or impairment of movement or sensation in a body part, caused by injury or disease of the nerves, brain, or spinal cord. **b.** a disease characterized by this, esp. palsy. **2.** a state of helpless stoppage or inability to act. [1515–25; < L < Gk *parálysis* = *paralýein* to loosen (i.e., disable) on one side (*para-* PARA-¹ + *lýein* to loosen) + -*sis* -SIS; cf. PALSY]
**paral′ysis ag′itans** (aj′i tanz′), *n.* PARKINSON'S DISEASE. [< NL: lit., shaking paralysis]
**par·a·lyt·ic** (par′ə lit′ik), *n.* **1.** a person affected with paralysis. —*adj.* **2.** affected with or subject to paralysis. **3.** pertaining to or of the nature of paralysis. [1300–50; ME *paralitik* < L *paralyticus* < Gk *paralytikós* = *paraly-* (see PARALYSIS) + -*tikos* -TIC] —**par′a·lyt′i·cal·ly,** *adv.*
**par·a·lyze** (par′ə līz′), *v.t.,* -lyzed, -lyz·ing. **1.** to affect with paralysis. **2.** to bring to a condition of helpless stoppage or inability to act. Also, *esp. Brit.,* **par′a·lyse.** [1795–1805; back formation from PARALYSIS] —**par′a·ly·za′tion,** *n.* —**par′a·lyz′er,** *n.*
**par·a·mag·net** (par′ə mag′nit, par′ə mag′-), *n.* a body or substance that, placed in a magnetic field, possesses magnetization in direct proportion to the field strength. [1905–10] —**par′a·mag·net′ic** (-net′ik), *adj.* —**par′a·mag′net·ism,** *n.*
**par·a·me·ci·um** (par′ə mē′shē əm, -shəm, -sē əm), *n., pl.* **-ci·a** (-shē ə, -sē ə). a freshwater protozoan of the genus *Paramecium*, having an oval body with a long, deep oral groove and a fringe of cilia. [1745–55; < NL < Gk *paramēk(ēs)* oblong, oval (*para-* PARA-¹ + *-mēkēs,* adj. der. of *mêkos* length) + NL *-ium* -IUM²]



paramecium

**par·a·med·ic** (par′ə med′ik), *n.* a person who is trained to assist a physician or to give first aid or other health care in the absence of a physician. [1950–55, *Amer.*; PARA(MEDICAL) + MEDIC¹]
**par·a·med·i·cal** (par′ə med′i kəl), *adj.* related to the medical profession in a secondary or supplementary capacity. [1920–25]
**pa·ram·e·ter** (pə ram′i tər), *n.* **1. a.** a constant or variable term in a mathematical function that determines the specific form of the function but not its general nature, as $a$ in $f(x) = ax$, where $a$ determines only the slope of the line described by $f(x)$. **b.** one of the independent variables in a set of parametric equations. **2.** a variable entering into the mathematical form of any statistical distribution such that the possible values of the variable correspond to different distributions. **3.** a variable that must be given a specific value during the execution of either a computer program or a procedure within a program. **4.** Usu. **parameters.** limits or boundaries; guidelines: *to keep within the parameters of the discussion.* **5.** a determining characteristic; factor: *a useful parameter for judging long-term success.* [1650–60; < NL *parametrum.* See PARA-¹, -METER] —**par·a·met·ric** (par′ə me′trik), **par′a·met′ri·cal,** *adj.* —*Usage.* The use of PARAMETER in the newer senses, "limits" or "characteristic" is often strongly criticized. Though the criticized uses are now well established both in educated speech and in edited writing, it is easy to substitute "limits" or "characteristic" if desired.
**pa·ram·e·ter·ize** (pə ram′i tə rīz′), *v.t.,* -ized, -iz·ing. to describe by the use of parameters. [1935–40] —**pa·ram′e·ter·i·za′tion,** *n.*
**paramet′ric equa′tion,** *n.* one of two or more equations expressing the location of a point on a curve or surface by determining each coordinate separately. [1905–10]
**par·a·mil·i·tar·y** (par′ə mil′i ter′ē), *adj., n., pl.* -tar·ies. —*adj.* **1.** of or designating an organization operating in place of, as a supplement to, or in a manner resembling a regular military force. —*n.* **2.** a person employed in such a force. [1930–35]
**par·am·ne·sia** (par′am nē′zhə), *n.* **1.** a distortion of memory in which fact and fantasy are confused. **2.** the inability to recall the correct meanings of words. [1885–90]
**par·a·morph** (par′ə môrf′), *n.* a mineral pseudomorph formed by a change in crystal structure but not chemical composition. [1875–80] —**par′a·mor′phic, par′a·mor′phous,** *adj.* —**par′a·morph′ism,** *n.*
**par·a·mount** (par′ə mount′), *adj.* **1.** chief in importance or impact; supreme; preeminent. **2.** above others in rank or authority; superior. —*n.* **3.** a supreme ruler; overlord. [1525–35; < AF *paramont* above = *par-* PER- + *a mont* < L *ad montem* to the mountain, hence, upward, above; see AD-, MOUNT²] —**par′a·mount·cy,** *n.* —**par′a·mount·ly,** *adv.* —*Syn.* See DOMINANT.
**par·a·mour** (par′ə mŏor′), *n.* **1.** an illicit lover. **2.** any lover. [1250–1300; ME, from the phrase *par amour* by or through love < OF]
**par·a·myx·o·vi·rus** (par′ə mik′sə vī′rəs, -mik′sə vī′-), *n., pl.* **-rus·es.** any of various RNA-containing viruses of the family Paramyxoviridae, distinguished by a helical nucleocapsid surrounded by an envelope: includes viruses causing measles and mumps. Also called myxovirus. [1960–65]
**pa·rang** (pär′äng), *n.* a large, heavy knife used as a tool or weapon in Malaysia and Indonesia. [1850–55; < Malay]
**par·a·noi·a** (par′ə noi′ə), *n.* **1.** a mental disorder characterized by systematized delusions ascribing hostile intentions to others, often linked with a sense of mission. **2.** baseless or excessive distrust of others. [1805–15; < NL < Gk *paránoia* madness: See PARA-¹, NOUS, -IA]
**par·a·noid** (par′ə noid′), *adj.* **1.** Also, **par′a·noi′dal.** of, like, or suffering from paranoia. —*n.* **2.** a person suffering from paranoia. [1900–05; PARANOI(A) + -OID, with base and suffix merged]
**par·a·nor·mal** (par′ə nôr′məl), *adj.* of or pertaining to events or perceptions occurring without scientific explanation, as clairvoyance or extrasensory perception. [1915–20] —**par′a·nor′mal·ly,** *adv.*
**par·a·nymph** (par′ə nimf′), *n.* **1.** a groomsman or a bridesmaid. **2.** (in ancient Greece) **a.** a friend who accompanied the bridegroom when he went to bring home the bride. **b.** a bridesmaid who escorted the bride to the bridegroom. [1585–95; < LL *paranymphus* < Gk *paránymphos* groomsman, bridesmaid, lit., person beside the bride. See PARA-¹, NYMPH]
**par·a·pa·re·sis** (par′ə pə rē′sis, -par′ə sis), *n.* partial paralysis, esp. of the lower limbs.
**par·a·pet** (par′ə pit, -pet′), *n.* **1. a.** a wall or elevation in a fortification, esp. one at the outer edge of a rampart. **2.** any low protective wall or barrier at the edge of a balcony, roof, bridge, or the like.

**Scylla and Charybdis,** between two equally perilous alternatives.

**scy·pho·zo·an** (sī′fə zō′ən), *n.* **1.** any cnidarian of the class Scyphozoa, comprising the true marine jellyfishes. —*adj.* **2.** belonging or pertaining to the scyphozoans. [1910–15; < NL *Scyphozo(a)*]

**scythe** (sīth), *n., v.,* **scythed, scyth·ing.** —*n.* **1.** a tool consisting of a long, curving blade fastened at an angle to a handle, for cutting grass, grain, etc., by hand. —*v.t.* **2.** to cut or mow with a scythe. [bef. 900; OE *sithe,* earlier *sigdi,* c. ON *sigthr*]

**Scyth·i·an** (sith′ē ən), *n.* **1.** a member of any of a group of pastoral peoples who inhabited the Scythian steppes in antiquity. **2.** the Iranian language of the Scythians. —*adj.* **3.** of or pertaining to Scythia, the Scythians, or their language. [1535–45]

**s.d.,** Statistics. standard deviation.

**S.D., 1.** Doctor of Science. [< L *Scientiae Doctor*] **2.** special delivery.

**S.D.** Statistics. standard deviation.

**S.D.I.,** Strategic Defense Initiative.

**SDS,** Students for a Democratic Society.

**SE, 1.** southeast. **2.** southeastern. **3.** Standard English.

**Se,** *Chem. Symbol.* selenium.

**se-,** a prefix meaning "apart," occurring in loanwords from Latin: *select.* [< L *sē(d)* (prep.), *sē-* (prefix) without, apart]

**sea** (sē), *n.* **1.** the salt waters that cover the greater part of the earth's surface. **2.** a division of these waters, of considerable extent, marked off by land boundaries; ocean: *the North Sea.* **3.** a large, landlocked body of water. **4.** the turbulence of the ocean or other body of water, as caused by the wind. **5.** the waves. **6.** a large wave: *The heavy seas almost drowned us.* **7.** a widely extended or overwhelming quantity: *a sea of troubles.* **8.** the work, travel, and shipboard life of a sailor. —*adj.* **9.** of, pertaining to, or adapted for use at sea. —*Idiom.* **10. at sea, a.** on the ocean. **b.** perplexed; uncertain. Also, **all at sea. 11. follow the sea,** to pursue a nautical career. **12. go to sea, a.** to set out on a voyage. **b.** to embark on a nautical career. **13. put (out) to sea,** to embark on a sea voyage. [bef. 900; ME *see,* OE *sǣ,* c. OFris *sē,* OS, OHG *sē(o),* ON *sær* sea, Go *saiws* sea, marsh]

**sea′ an′chor,** *n.* any of various devices that are dropped at the end of a cable to hold the bow of a vessel into the wind.

**sea′ anem′one,** *n.* any solitary, attached marine polyp of the order Actinaria, having a firm, gelatinous body topped with tentacles.

**sea′ bass′** (bas), *n.* **1.** any of numerous marine fishes of the family Serranidae, characterized by a large mouth and an exposed upper jaw. **2.** any of numerous related or similar marine food fishes.

**sea′bed′** (sē′bed′), *n.* SEAFLOOR. [1830–40]

**Sea·bee** (sē′bē′), *n.* a member of the U.S. Navy construction battalions charged with building airfields, landing facilities, etc., in combat areas. [1942, *Amer.;* sp. form of the letters *CB,* for *Construction Battalion*]

**sea′bird′** or **sea′ bird′,** *n.* a bird frequenting the sea or coast. Also called **seafowl.** [1580–90]

**sea′ bis′cuit,** *n.* ship biscuit; hardtack. [1670–80]

**sea·board** (sē′bôrd′, -bōrd′), *n.* **1.** the line where land and sea meet. **2.** a region bordering a seacoast: *the eastern seaboard.* —*adj.* **3.** bordering on the sea. [1780–90]

**sea·borne** (sē′bôrn′, -bōrn′), *adj.* carried on or over the sea.

**sea′ bream′,** *n.* any of various porgies, as *Archosargus rhomboidalis,* inhabiting the Atlantic Ocean. [1520–30]

**sea′ breeze′,** *n.* a thermally produced wind blowing from a cool ocean surface onto adjoining warm land. [1690–1700]

**sea′ cap′tain,** *n.* the master of a seagoing vessel. [1605–15]

**sea′ change′,** *n.* a major transformation or alteration. [1600–10]

**sea′ chest′,** *n.* a chest for a sailor's personal belongings. [1660–70]

**sea·coast** (sē′kōst′), *n.* the land immediately adjacent to the sea.

**sea·cock** (sē′kok′), *n.* a valve in the hull of a ship for admitting seawater into some internal chamber, as for ballast. [1660–70]

**sea′ cow′,** *n.* the manatee or dugong. [1605–15]

**sea′ cu′cumber,** *n.* any echinoderm of the class Holothuroidea, having a long, body and tentacles around the mouth. [1595–1605]

**sea′ dog′,** *n.* **1.** a sailor, esp. an old or experienced one. **2.** HARBOR SEAL. **3.** a pirate or privateer. [1590–1600]

**sea′ duck′,** *n.* any of various diving ducks, as the scaups, goldeneyes, scoters, and eiders, found principally on seas. [1745–55]

**sea′ ea′gle,** *n.* any of several large eagles of the genus *Haliaeetus,* that usu. feed on fish. [1660–70]

**sea′ fan′,** *n.* any of certain gorgonian corals, esp. *Gorgonia flabellum,* of the West Indies, in which the colony assumes a fanlike form. [1515]

**sea·far·er** (sē′fâr′ər), *n.* **1.** a sailor. **2.** a traveler on the sea. [1505–15]

**sea·far·ing** (sē′fâr′ing), *adj.* **1.** traveling by sea. **2.** following the sea as a trade, business, or calling. **3.** of, pertaining to, or occurring during a voyage on the sea. —*n.* **4.** the calling of a sailor. [1150–1200]

**sea′ feath′er,** *n.* any of certain gorgonian corals in which the colony assumes a featherlike form. [1615–25]

**sea′ fire′,** *n.* a marine bioluminescent glow.

**sea·floor** (sē′flôr′, -flōr′), *n.* the solid surface underlying a sea or ocean. Also called **seabed.** [1850–55]

**sea·food** (sē′fōod′), *n.* any fish or shellfish from the sea used for food. [1830–50]

**sea·fowl** (sē′foul′), *n., pl.* **-fowls,** *(esp. collectively)* **-fowl.** SEABIRD.

**sea·front** (sē′frunt′), *n.* an area, including buildings, along the edge of the sea.

**sea·wa·ter·front** (?), ... [1875–80]

**sea′ gate′,** *n.* a navigable channel giving access to the sea. [1860–65]

**sea′-girt′** (sē′gûrt′), *adj.* surrounded by the sea. [1615–25]

**sea·go·ing** (sē′gō′ing), *adj.* **1.** designed or fit for going to sea, as a vessel. **2.** seafaring. [1820–30]

**sea′ grape′,** *n.* **1.** a tropical American tree, *Coccoloba uvifera,* of the buckwheat family, bearing grapelike clusters of edible purple berries. **2.** the fruit itself. [1570–80]

**sea′ green′,** *n.* a clear, light, bluish green. [1590–1600] —**sea′-green′,** *adj.*

**sea′ gull′,** *n.* a gull, esp. any of the marine species. [1535–45]

**sea′ hare′,** *n.* any sluglike marine gastropod mollusk, genus *Aplysia,* having a pair of tentacles resembling rabbit ears. [1585–95]

**sea′ hol′ly,** *n.* an Old World plant, *Eryngium maritimum,* of the parsley family, with stiff, fleshy leaves and pale blue flowers. [1540–50]

**sea′ horse′** or **sea′horse′,** *n.* **1.** any of various fishes of the genus *Hippocampus,* of the pipefish family, having a prehensile tail, an elongated snout, and a head bent at right angles to the body. **2.** a fabled marine animal with the foreparts of a horse and the hind parts of a fish. [1425–75; late ME *sehors* walrus; cf. G *Seepferd*]



**sea horse,** *Hippocampus hudsonius,* length 3 to 4 in. (8 to 10 cm) (def. 1)

**sea′-is′land** (or **Sea′ Is′land**) **cot′ton,** *n.* a long-fibered cotton, *Gossypium barbadense,* raised orig. in the Sea Islands and now grown chiefly in the West Indies. [1795–1805, *Amer.*]

**sea′ kale′,** *n.* a European broad-leaved maritime plant, *Crambe maritima,* of the mustard family. [1690–1700]

**sea′ king′,** *n.* a Viking pirate.

**seal¹** (sēl), *n.* **1.** an embossed emblem, symbol, letter, etc., used as attestation or evidence of authenticity. **2.** a stamp, medallion, ring, etc., engraved with such a device, for impressing paper, wax, lead, or the like. **3.** the impression so obtained. **4.** an authenticating mark or symbol, orig. wax with an impression, attached to a legal document. **5.** a piece of wax or similar adhesive affixed to a document, envelope, door, etc., that must be broken when the object is opened. **6.** anything that tightly or completely closes or secures a thing. **7.** something that keeps a thing secret: *Her vow was the seal that kept her silent.* **8.** a stamplike label, esp. as given to contributors to a charity: *a Christmas seal.* **9.** a mark, sign, symbol, or the like, serving as visible evidence of something. **10.** anything that serves as assurance, confirmation, or bond: *She gave the plan her seal of approval.* **11.** *Plumbing.* **a.** a small amount of water held by a trap to exclude foul gases from a sewer or the like. —*v.t.* **12.** to affix a seal to in authorization, testimony, etc. **13.** to assure, confirm, or bind with or as if with a seal. **14.** to impress a seal upon as evidence of legal or standard exactness, measure, quality, etc. **15.** to close with a fastening that must be broken to gain access. **16.** to fasten or close tightly by or as if by a seal. **17.** to decide irrevocably: *to seal someone's fate.* **18. seal off, a.** to close hermetically. **b.** to block all access to or from, with a police barricade. [1175–1225; ME *seel, seil(e), seale* mark, token < OF *seel* < LL *sigellum,* L *sigillum*]

**seal²** (sēl), *n., pl.* **seals,** *(esp. collectively for 1)* **seal,** *v.* —*n.* **1.** any of numerous marine carnivores of the order Pinnipedia, including the eared seals of the family Otariidae and the earless seals of the family Phocidae. **2.** the skin of such an animal. **3.** leather made from this skin. **4.** the fur of the fur seal; sealskin. **5.** a dark gray-brown. —*v.i.* **6.** to hunt, kill, or capture seals. [bef. 900; ME *sele,* OE *seolh,* c. OHG *selah,* ON *selr*] —**seal′like′,** *adj.*

**sea′ lam′prey,** *n.* a parasitic marine lamprey, *Petromyzon marinus.*

**seal·ant** (sē′lənt), *n.* **1.** any of various liquids, paints, chemicals, or soft substances applied to a surface or circulated through pipes, that dry to form a watertight coating. **2.** any of various resins applied to the chewing surfaces of teeth to prevent decay. [1940–45]

**sea′ lav′ender,** *n.* an Old World maritime plant of the genus *Limonium,* of the leadwort family. Also called **statice.**

**sea′ legs′,** *n.pl.* the ability to adjust one's balance to the motion of a ship at sea. [1705–15]

**seal·er¹** (sē′lər), *n.* **1.** a substance applied to a porous surface as a basecoat for paint, varnish, etc. **2.** an officer who verifies that weights and measures are true to the standard. [1350–1400]

**seal·er²** (sē′lər), *n.* a person or ship that hunts seals. [1760–70]

**sea′ let′tuce,** *n.* any seaweed of the genus *Ulva.*

**sea′ lev′el,** *n.* the horizontal plane corresponding to the surface of the sea at mean level between high and low tide. [1800–10]

**sea′ lil′y,** *n.* a stalked, permanently attached crinoid. [1875–80]

**seal′ing wax′,** *n.* a resinous preparation, soft when heated, used for sealing letters, documents, etc. [1300–50]