# EXHIBIT 2

# D. Nathan Meehan, Ph.D., P.E.

fracmeister@gmail.com (832) 867-1923

## SUMMARY

Petroleum engineering and energy industry consultant. Technology leader with broad business experience in field development and optimization, reservoir simulation, completions, horizontal wells, hydraulic fracturing, EOR and waterflooding.

Experience includes worldwide leadership of reservoir, well construction, HES, and facilities engineering teams and developing applied research programs. I have served on Boards of Directors of public and closely held oil producers, software and oilfield services companies and professional organizations. My expertise includes collaborations with government regulators, managing technology development and interdisciplinary projects in reservoir characterization and technology development, horizontal well applications, thermal and compositional reservoir simulation, waterflooding, applications of digital industrial approaches to improve economic and technical capabilities in field development and management, big data analytics, use of nanomaterials for lowering costs and increasing capabilities, energy transition issues and hydraulic fracturing.

## EDUCATION

- B. Sc. Physics, Georgia Institute of Technology, 9/72-3/75
- M. Sc. Petroleum Engineering, Oklahoma University, 8/75-12/76
- Ph. D. Petroleum Engineering, Stanford University, 1/87-7/89 Dissertation: "Hydraulically Fractured Wells in Heterogeneous Reservoirs: Interaction, Interference, and Optimization"

## EXPERIENCE

6/2020-Present **Petroleum Engineering Consultant and Principal**, CMG Petroleum Consulting, Ltd. Following retirement from Baker Hughes I returned to the consulting firm I established in 2002 to provide advisory services in oil and gas matters.

8/2020-Present **Senior Technology Advisor**, Petro.ai. I support this leading oilfield data analytics firm in reserves and carbon management/energy transition matters.

11/2017-6/2020 **Vice President, Baker Hughes Incorporated and President, Gaffney-Cline & Associates** Lead global consulting organization, restoring profitability to record levels. Expanded strategic scope by introducing Practice Areas in Gas/LNG, Asset Value Assurance and Carbon

Management and Sustainability. Leading development of carbon intensity modeling and reporting as consulting group. Expanded activities in Asia, Middle East, Africa and Latin America. Recognized industry thought leader.

9/2014-10/2017 **2016 President of the Society of Petroleum Engineers (SPE).** A three-year volunteer assignment to lead the largest upstream oil and gas professional society. SPE grew to more than 168,000 members during my presidency and is a focal point for technology exchange.

3/31/2008-10/30/2017 **Senior Vice President Baker Hughes Incorporated and Managing Director, Gaffney-Cline & Associates.** Reporting to the President and CTO, responsible for development of new groups within BHI focusing on expanded reservoir and related skills outside the company historical wellbore-centric Divisions. Identified and acquired Gaffney, Cline & Associates, Geomechanics International, Helix RDS, Epic Consulting Services, JOA Oil & Gas and Meyer & Associates. Manage the development of product offerings in deep-water activities, pre-salt development, $CO_2$ flooding and EOR, brownfield redevelopments, carbon capture and storage and unconventional gas resources.

8/2011-2/2013 **Area Welfare supervisor**, Hong Kong, The Church of Jesus Christ of Latter-Day Saints. My wife and I took an eighteen-month Sabbatical from Baker Hughes to coordinate our Church's welfare and humanitarian activities in Asia. Traveled extensively in Asia providing training, project approvals and implementation for wheelchair. Clean water, sanitation, vision care, neonatal care and other projects.

1/1/2002 –3/31/2008 **Petroleum Engineering Consultant and Principal**, CMG Petroleum Consulting, Ltd. Established successful international petroleum engineering consultancy. Worked with numerous clients in field development, exploration, completions and stimulation, reservoir simulation and negotiations. Assisted National Oil Companies in developing and implementing R&D strategies, assisted private equity firms and individuals in selecting investments and optimizing existing investments. As a consultant for BHI, worked with internal teams to recommend a new reservoir strategy. As an expert named by the Permanent Court of Arbitration, lead a multi-disciplinary team in addressing issues in a conflict between a large IOC and NOC. Helped establish a new oil company in Tanzania for a Middle Eastern investor. Worked with major oil companies. service companies and independent oil companies in complex litigation and arbitration cases. Modeled steam drive, SAGD, downhole heating and other thermal recovery processes.

7/00-12/01 **Vice President, Engineering**, Occidental Oil & Gas Houston, TX Responsible for worldwide drilling, HSE, reservoir, petrophysics, facilities and construction and other engineering and technology. Managed corporate engineering function and International Drilling Pool. Supported

business development and exploration.

1976-2000 Twenty-four years with Union Pacific Resources (formerly Champlin Petroleum).

2/98-7/00 **General Manager, Exploration and Production Technology**, Ft. Worth, TX General management of most technical services, including Drilling, Reserves, Construction and Facilities, Geology, Geophysics, Engineering, Petrophysics, Land, E&P Technology Services, Safety and Field Training. Developed and implemented horizontal well technology and reservoir characterization adding enormous economic value. Coordinated multiple technology development projects including multi-company, DOE and GRI projects.

1/97-2/98 **Manager of Engineering**, Ft. Worth, TX Staff management of engineering functions for over 125 engineers. Generated new business opportunities, provided internal consulting and managed corporate engineering.

7/89-12/96 **Sr. Scientist and Petrotech Fellow**, Ft. Worth, TX, and 1/94-9/97 **Consulting Professor of Petroleum Engineering**, Stanford University, Stanford, CA Direct technology transfer, research and development, and coordinate multi-disciplinary projects, especially in well completions and stimulations, reservoir characterization, and well testing. Expert witness in civil and regulatory cases. Taught Field Development courses at Stanford.

Previous positions included:

- 1/87-7/89 Engineering Adviser, Stanford
- 9/85-1/87 Region Engineering Manager, Houston Region
- 6/84-9/85 Division Engineer, Houston Region
- 8/83-5/84 Senior Staff Engineer, Eastern Division, Houston
- 11/81-8/83 District Engineer, Corpus Christi
- 8/81-11/81 Principal Engineer, Corpus Christi
- 1/80-7/81 Project Supervisor (Corporate Planning), Ft. Worth
- 9/77-1/80 Petroleum Engineer, Houston
- 9/76-8/77 Petroleum Engineer, Oklahoma City

## BOARD SERVICE

- Former Director of Pinnacle Technologies, Inc. a technology and service company specializing in surface and subsurface data acquisition and related consulting. Former Director of the Computer Modelling Group (Calgary), 1992-1997.
- Former Chairman of the Board of the CMG Reservoir Simulation Foundation and twice a Director of the Computer Modelling Group, Ltd. The Limited company is a publicly traded reservoir simulation software company.

- Former Director of Vanyoganeft Oil Company, Nizhnyvartosk, Russia. This was a 50-50 joint venture with TNK-Nizhnevartovsk and Occidental Petroleum in Western Siberia.
- Two thee-year terms as a Director of the Society of Petroleum Engineers including serving as President.
- Director of JOA Oil & Gas B.V. a European based geological software company.
- Appointed member of the National Petroleum Council (2016-2019)
- Appointed member of the Interstate Oil and Gas Compact Commission by Governors George W. Bush, Rick Perry and Greg Abbott.
- Member of the Georgia Tech College of Sciences Advisory Board.
- Member of the University of Texas Petroleum and Geosystems External Advisory Committee and the University of Oklahoma Mewbourne College of Earth and Energy Board of Visitors and former member of the University of Houston and Penn State Petroleum Engineering Advisory Boards.

## AWARDS AND RECOGNITIONS

- Distinguished Member of the Society of Petroleum Engineers
- 1999 recipient of the SPE Lester C. Uren award for distinguished achievements in petroleum engineering technology.
- 2006 Recipient of the SPE Degolyer Distinguished Service Medal for contributions to the petroleum industry.
- 2014 Recipient of the SPE Public Service Award for distinguished public service through excellence in leadership, service, or humanitarianism.
- 2016 Recipient of the World Oil Lifetime Achievement Award.
- 2019 recipient of Petroleum Economist magazine's Legacy Award.
- 2020 Recipient of SPE Honorary Membership, the highest award given by the Society.
- SPE Distinguished Lecturer for 1991-1992. Gave more than forty lectures in fourteen countries on "Evaluating the Impact of Horizontal Wells on Production Performance."
- Registered Professional Engineer in Texas, Oklahoma. Louisiana and Mississippi (Limited).
- Member of the Society of Petroleum Evaluation Engineers.
- Authored scores of technical articles and three books on Reservoir Engineering.
- Granted U. S. Patent No. 5,311,951, "Method of maintaining a borehole in a stratigraphic zone during drilling."
- Advisory Board member for World Oil magazine since 1996.
- Former member of the Technical Advisory Board of the Horizontal Well Unit of Heriot-Watt University and The Petroleum Science and Technology Institute, Edinburgh, Scotland
- Co-developed the HP41 Petroleum Fluids Pac.
- Taught numerous short courses on hydraulic fracturing, formation evaluation, and horizontal wells. Invited lectures globally.
- Chairman of the Technical Expert Subcommittee for the Columbia Gas Transmission Creditor
- Named expert by the Permanent Court of Arbitration in The Hague

## EXAMPLE COURSES

- Stanford University, Stanford, CA: PE 180, Oil Field Development – A graduate course covering well design, completions, life of field profitability and translating reservoir characterizations into development planning and decisions. Taught this quarter length course for two years.
- Xi'an Petroleum Institute, Xi'an, China: *Waterflooding Heterogeneous Reservoirs* – A two-day course covering waterflooding complexities. Sixty students from the faculties of China research institutes and Universities.
- Japan National Oil Corporation, Chiba, Japan: *Practical Geostatistics* (2 days)– Using advanced reservoir methods in real fields.
- ADMA OPCO, Abu Dhabi, UAE: *Petroleum Well Construction (5 days)* – Horizontal well design, drilling and completion issues. Multilateral wells.
- OMV, Leoben Austria: Compositional Modeling for Gas Condensates (*5 days)* – Analysis of extended gas composition data, tuning EOS models, applications in simulation.
- Engineering Ethics and Professionalism, a JCORET (AAPG, SPE, WPC, SPEE, SEG) approved course and the only JCORET course not exclusively focused on reserve certification issues.

## EXAMPLE RESEARCH ACCOMPLISHMENTS

- Coordinated the approval and development of a large, multi-client project that proved the effectiveness of microseismic in monitoring hydraulic fracture propagation. GRI and DOE funding was obtained after the project was fully funded by industry.
- Helped commercialize development of new tools for horizontal drilling including the dual powered mud motor and portable top drive.
- Guided development and commercialization of "water fracs" for tight gas and shales.
- Leader in early developments of multi-stage hydraulic fracturing of horizontal wells.
- Helped develop new methods for geological steering of horizontal wells leading to a revolution in the way geosteering was accomplished.
- Applied big data analytics to analyze economics of tens of thousands of North American unconventionals and identify best practices and major flaws.
- Developed a method for analyzing interference between hydraulically fractured gas wells that was applied to horizontal wells resulting in major spacing rule changes.
- Developed new methodologies for fast reservoir modeling of tight gas fields integrating real-time fracture modeling results and analytic solutions to accelerate simulation time.
- Developed new methodology to use geostatistical modeling of tight gas fields resulting in the identification of major infill and horizontal well opportunities.
- Developed new ways to apply compositional modeling to increase recovery in the Austin Chalk and exported the approach to other reservoirs.
- Developed a method to integrate compositional modeling with surface flow lines and processing modeling to increase recoveries and profitability.

# PUBLICATIONS

**Horizontal Wells**

1. M. Chambers and D. N. Meehan: "Practical Issues in Multi-lateral Horizontal Well Completions," SPE 36455 presented at the 1996 Annual Technical Conference and Exhibition held in Denver, Colorado, USA 6-9 October 1996.
2. Kyte, D. G., & Meehan, D. N. (1996, January 1). Horizontal Spacing, Depletion, and Infill Potential in the Austin Chalk. Society of Petroleum Engineers. doi:10.2118/36721-MS
3. D. N. Meehan: "Advances in Horizontal Well Technology," Proceedings of the Second JNOC/TRC International Symposium, JNOC, 1994, Tokyo.
4. T. R. Svor and D. N. Meehan: "Quantifying Horizontal Well Logs in Naturally Fractured Reservoirs—Part I," SPE 22704, presented at the 1991 Fall SPE Meeting in Dallas, TX.
5. D. N. Meehan and T. R. Svor: "Quantifying Horizontal Well Logs in Naturally Fractured Reservoirs—Part II," SPE 22932, presented at the 1991 Fall SPE Meeting in Dallas, TX.
6. D. N. Meehan and S. K. Verma: "Integration of Horizontal Well Log Information in Fractured Reservoir Characterization," SPE 24697, presented at the 1992 Fall SPE Meeting in Washington, D.C., *SPE Reservoir Engineering*, Aug. 1995, pp. 157--162.
7. D. N. Meehan: "Geological Steering of Horizontal Wells," Technology Today Series invited paper, SPE 29242, Journal of Petroleum Technology, Oct. 1994.
8. D. N. Meehan and D. W. Bossert: "Experience With 1,000 Horizontal Wells," presented at the 46th Annual technical meeting of The Petroleum Society of CIM, May 14-17, 1995.
9. E. J. Schell, D. N. Meehan, and D. W. Bossert: "Experiences in Drilling Horizontal Wells in a Naturally Fractured Reservoir," to be presented at the International Gas Research Conference to be held in Cannes, France, November 6-9, 1995.
10. L. F. Krystinik, E. J. Schell, and D. N. Meehan: "UPRC Redefining Capability of Horizontal Technology," American Oil & Gas Reporter, Aug. 1995, Vol. 38, 8, pp. 59--65.
11. D. N. Meehan: "Technology Vital for Horizontal Well Success," Oil & Gas Journal, 11 Dec. 1995, pp. 39-46.
12. Khosrow Biglarbigi, Hitesh Mohan, Robert M. Ray, and D. Nathan Meehan, "Potential for Horizontal Well Technology in the U.S.," SPE 59360 presented at the 2000 SPE/DOE Improved Oil Recovery Symposium held in Tulsa, Oklahoma, 3–5 April 2000 Published Society of Petroleum Engineers. doi:10.2118/62619-JPT

**Sustainability and the Environment**

1. D. Nathan Meehan, Gaffney, Hassan M. El-Houjeiri,, Jeffrey S. Rutherford, Stanford University: Carbon Intensity: "Comparing Carbon Impacts of Middle East and US Shale Oils", presented at the SPE Kingdom of Saudi Arabia Annual Technical Symposium and Exhibition held in Dammam, Saudi Arabia, 23–26 April 2018. doi:10.2118/192166-MS
2. D. Nathan Meehan: (2018, August 9). "Estimating Carbon Intensity of Unconventional Plays". Unconventional Resources Technology Conference. doi:10.15530/URTEC-2018-2888730
3. "Global carbon intensity of crude oil production", Mohammad S. Masnadi, Hassan M. El-Houjeiri, Dominick Schunack, Yunpo Li, Jacob G. Englander, Alhassan Badajdah, Jean-Christophe Monfort, James E. Anderson, Timothy J. Wallington, Joule A. Bergerson, Deborah Gordon, Jonathan Koomey, Steven Przesmitzki, Inês L. Azevedo, Xiaotao T. Bi, James E. Duffey, Garvin A. Heath, Gregory A. Keoleiab, Christophe McGlade, D. Nathan Meehan, Sonia Yeh, Fengi You, Michael Wang, Adam R. Brandt, Science, (31) August 2018: 851-853
4. Meehan, D.N., Jenvey, N.J., Datta, A. Uppati, S., "Carbon Intensity of Unconventional and Latin American Oil Plays," SPE 199152 presented at URTEC 2020.
5. D. Nathan Meehan, Hassan M. El-Houjeiri, Jeffrey S. Rutherford, (2018, October 19). Comparing Carbon Intensity of Unconventional and Asia Pacific Oil Production. Society of Petroleum Engineers. doi:10.2118/191921-MS
6. Meehan, D. Nathan: "Blue and Green hydrogen in the Energy Transition," in Decarbonization Pathways for Oil and Gas, Oxford institute for Energy Studies, University of Oxford, March, 2020: Issue 121, pp. 26-30.
7. Meehan, D.N.: "Climate change: inconvenient truth or opportunity to lead?" World Oil, December 2016.
8. Meehan, D.N." "Hydrogen can play a role in the Energy Transition" World Oil, December 2019.
9. Meehan, N. (2016, April 1). Improving People's Lives: Sustainability and the Role of Petroleum Engineers. Society of Petroleum Engineers. doi:10.2118/0416-0010-JPT
10. Fulford, N., Aquing, F., & Meehan, D. N. (2017, July 31). New Approaches to Gas Monetization in Nigeria. Society of Petroleum Engineers. doi:10.2118/189181-MS

**Stimulations**

1. M. J. Mayerhofer, M. Richardson, R. N. Walker, Jr., D. N. Meehan, M. Oehler, and R. R. Browning, Jr.: "Proppants, We Don't Need No Proppants, " SPE 38611 presented by D. N. Meehan at the 1997 SPE Annual Meeting held in San Antonio, TX October 5-8, 1997. Summary publication in the *Journal of Petroleum Technology* as "Are Proppants Really Necessary?" Feb. 1998.
2. *Mayerhofer, M. J., & Meehan, D. N. (1998, January 1).* Waterfracs - Results from 50 Cotton Valley Wells. *Society of Petroleum Engineers. doi:10.2118/49104-MS*

3. D. N. Meehan: "Practical and Reservoir Aspects of Austin Chalk 'Stimulations'," SPE 24783, presented at the 1992 Fall SPE Meeting in Washington, D. C., May 1995 *SPE Prod. Eng.*
4. Meehan, D. N., Horne, R. N., & Ramey, H. J. (1989, January 1). Interference Testing of Finite Conductivity Hydraulically Fractured Wells. Society of Petroleum Engineers. doi:10.2118/19784-MS
5. C. Cipolla, D. N. Meehan, and P. L. Stevens: " Hydraulic Fracture Performance in the Moxa Arch Frontier Formation," SPE 25918 presented at the SPE/DOE Regional Low Permeability Symposium in Denver, CO April 1993.
6. B. Wright, W. W. Aud, C. Cipolla, D. N. Meehan, K. F. Perry, and M. P. Cleary: "Identification and Comparison of True Net Fracturing Pressures Generated by Pumping Fluids with Different Rheology into the Same Formations," SPE 26153, presented at the SPE Gas Technology Symposium held in Calgary, Alberta, Canada, June 28-30, 1993.
7. C. Cipolla, D. N. Meehan, P. Stevens, and R. Dunleavy: "Field Application of Static Tubing Pressure Data & On-Site Fracture Modelling," SPE 28491, presented at the 1994 SPE Annual meeting held in New Orleans, LA, Sept. 1994.
8. M. P. Cleary, S. Doyle, E. Teng, C. Cipolla, D N. Meehan, L. Massaras, and T. Wright.: "Major New Developments in Hydraulic Fracturing with Documented Reductions in Job Costs and Increases in Normalized Production," SPE 28565, presented at the 1994 SPE Annual meeting held in New Orleans, LA, Sept. 1994.

**Reservoir Characterization**

1. Meehan, D. N. (2011, January 1). Using Analog Reservoir Performance to Understand EOR Opportunities in Type I Fractured Reservoirs. Society of Petroleum Engineers. doi:10.2118/144177-MS
2. D. N. Meehan and André Journel: "Application of Conditional Simulation to Optimal Oilfield Development," presented at the International Geologic Congress, Washington, D. C., July 1989.
3. D. N. Meehan and S. K. Verma: "Improved Reservoir Characterization in Low Permeability Reservoirs with Geostatistical Models," SPE 28608, presented at the 1994 SPE Annual meeting held in New Orleans, LA, Sept., 1994. Subsequently published in *SPE Reservoir Engineering*, August, 1995 and in *SPE Transactions*, Volume 299, pp. 157—162. Selected as first SPERC TIG "electronic speaker." http://members.tripod.com/~RCTIG/TP2.html
4. Clayton Deutsch and D. Nathan Meehan: "Geostatistical Techniques Improve Reservoir Management," Petroleum Engineer International, March, 1996, Vol. 69 No. 3, pp-21-27.
5. Meehan, D. N. (2014, December 10). A Comparison of North American and International Risks in Unconventional Resource Plays. International Petroleum Technology Conference. doi:10.2523/IPTC-17739-MS
6. D. N. Meehan, R. N. Horne and K. Aziz: "The Effects of Reservoir Heterogeneity and Fracture Azimuth on Optimization of Fracture Length and Well Spacing," SPE 17606, presented at the SPE International Meeting on Petroleum Engineering held in Tianjin, China, November 1988.

7. T. E. Libson, H. L. Vacca and D. N. Meehan: "Stratton Field, Texas Gulf Coast: A Successful Cased-Hole Re-Evaluation of an Old Field to Determine Remaining Reserves and Increase Production Level," *Journal of Petroleum Technology*, 37(1):105-123, January 1985.

8. C. Ehlig-Economides, M. J. Fetkovich, and D. N. Meehan: "Factoring Anisotropy into Well Design," *Oil Field Review*, October 1990, v. 2, No. 2, pp. 24-33.

9. D. N. Meehan: "Optimization of Fracture Length and Well Spacing in Heterogeneous Reservoirs," SPE 21717, presented at the 1991 Production Operations Symposium in Oklahoma City, pp. 775-786, *SPE Production Engineering*, May 1995.

10. D. N. Meehan: "Rock Mechanics Issues in Petroleum Engineering," presented at the 1st North American Rock Mechanics Symposium held in Austin, TX, June, 1994. Keynote paper published in *Proceedings of the 1st North American Rock Mechanics Symposium,* Balkeema, 1994.

**General Reservoir Engineering and Management**

1. Ahmed, T. and Meehan, D. Nathan: **Advanced Reservoir Engineering and Management**, Elsevier, 2011.

2. Ahmed, U. and Meehan, D. Nathan (Editors): **Unconventional Oil and Gas Resources: Exploitation and Development**, CRC Press/Taylor & Francis, 2016. Winner of 2017 PROSE Award for best book in Engineering and Technology. https://proseawards.com/winners/2017-award-winners/spe.org

3. Mathieson, D., Meehan, D. N., & Potts, J. (2019, March 15). The End of Petroleum Engineering as We Know It. Society of Petroleum Engineers. doi:10.2118/194746-MS. This paper was the most downloaded paper from onepetro.org in 2019.

4. Wittman, A. K. Al-Rabah, P. P. Bansal, E. A. Breitenbach, L. D. Hallenbeck, D. N. Meehan, and N. G. Saleri: "Exploring the Role of Reservoir Simulation," *Oil Field Review*, v. 2, No. 2, April 1990, pp. 18-30.

5. D. N. Meehan, and B. F. Pennington: "Numerical Simulation Results in the Carthage Cotton Valley Field," *Journal of Petroleum Technology*, 34 (9838):189-198, January 1982.

6. Meehan, D. Nathan: "The Impact of Nanotechnology on Oil and Gas Economics," *The Way Ahead, Volume* 7, Issue 3, 2011. SPE 0311-018-TWA.

7. Meehan, D.N.: "The Future of Petroleum Engineering," World Oil, Vol. 239, No. 12 December, 2018.

8. Meehan, D.N.: "Welcome to the digital industrial future," World Oil, Vol. 238, No. 12 December, 2017.

9. Meehan, D.N.: "Innovation beyond technology: The new imperative" World Oil, December 2015.

10. Meehan, D.N.: "Social license to operate needed" World Oil, December 2014.

11. Meehan, D.N.: "Challenges Remain in Exporting North America's Shale Experience" World Oil, December 2013.

12. Meehan, D.N.: "Shale optimization improves," World Oil, December 2012.

13. Meehan, D. N.: "Service intensity in liquids rich shale plays more intense than ever," World Oil, Dec., 2011.

14. Meehan, D. N.: "The adaptive well factory," World Oil, Dec. 2010.

15. Meehan, D. N.: "This is no time to go wobbly," World Oil, Dec. 2009 pp.32-34.

16. Meehan, D. N.: "Economic laws no mere 'guidelines'," World Oil, Dec. 2008, pp.31-33.

17. Meehan, D. N.: "Enhancing global recovery requires more than technology," World Oil, Dec. 2007 pp.71-74.

18. D. N. Meehan: "Reasons abound to be bullish on supply," World Oil, Dec. 2006.

19. D. N. Meehan: "Many ideas remain, but they require more work ," World Oil, Dec., 2005.

20. D. N. Meehan: "The wheel's still in spin?," World Oil, Dec. 2004.

21. D. N. Meehan: "Iraq needs donkeys and data,"World Oil, Dec., 2003.

22. D. N. Meehan: "Annual Article," World Oil, Dec. 2002.

23. D. N. Meehan: "Realistic appraisal of technical strengths ensures competitiveness," World Oil, Dec. 2001.

24. D. N. Meehan: "Current prices make technology implementation a reality," World Oil, Dec., 2000.

25. D. N. Meehan: "Independents must balance at odd's goals to make acceptable returns," World Oil, Dec. 1999 pp. 44-45.

26. D. N. Meehan: "Operators confront many challenges in face of low oil prices," World Oil, Dec. 1998 pp. 48-49.

27. D. N. Meehan: "Operator success depends on adaptable corporate culture," World Oil, Dec. 1997 pp. 48-49.

28. D. N. Meehan: "Operator Practices Change for the Better," World Oil, Dec. 1996, pp.50-51.

29. D. N. Meehan and E. L. Vogel: **HP-41 Reservoir Engineering Manual**, Penn Well Publishing, Tulsa, OK, first edition, June 1982.

30. D. N. Meehan and E. J. Schell: "An Analysis of Rate Sensitive Skin in Gas Wells," SPE 12176, presented at the Annual Meeting of the SPE held in San Francisco, CA, September 1983.

31. D. N. Meehan: "Pseudotime Function Improves Gas Well Test Analysis," *Petroleum Engineer International*, 55(12):60-62, October 1983.

32. D. N. Meehan: "Forecast Made Easier for Developed Waterfloods," *Oil and Gas Journal*, 8(27):114-124, July 1980.

33. D. N. Meehan: "Enhanced Oil Recovery—Miscible Methods," *Sigma Four*, (8):16-17, May 1981.
34. D. N. Meehan: "Enhanced Oil Recovery—Overview," *Sigma Four*, (7):5-7, July 1980.
35. D. N. Meehan: "Enhanced Oil Recovery—Thermal Recovery Methods," *Sigma Four*, (9), July 1981.
36. D. N. Meehan: "Gas Well Performance Predicted," *Oil and Gas Journal*, 78(29):72-73, July 1980.
37. D. N. Meehan: "GOR Change Estimated for Condensate Reservoirs," *Oil and Gas Journal*, 78(29):72-73, July 1980.
38. D. N. Meehan: "A Laboratory Study of Water Immobilization for Enhanced Oil Recovery," Master's thesis, University of Oklahoma, Norman, OK (1976).
39. Meehan, D. N., Crichlow, D. E., & Crichlow, H. B. (1978, February 1). A Laboratory Study of Water Immobilization for Improved Oil Recovery. Society of Petroleum Engineers. doi:10.2118/6515-PA

**General Petroleum Engineering**

1. G. Hepguler and D. N. Meehan: "From DOS to UNIX: An Independent's Experience," SPE 24455, presented at the 1992 SPE Petroleum Computer Conference in Houston, TX. Published in *SPE Computer Applications*, June 1993, pp. 7-12.
2. D. N. Meehan: "Calculator Program Simplifies Hyperbolic Decline Curve Analysis," *Oil and Gas Journal*, 79(18):247-250, May 1981.
3. D. N. Meehan: "Calculator Simplifies Real Gas Potential Applications," *Petroleum Engineer International*, 55(10):70-74, August 1983.
4. D. N. Meehan: "Exponential, Harmonic Declines Programmed for Calculators", *Oil and Gas Journal*, 95-100, May 1980.
5. D. N. Meehan: "Hyperbolic Oil Production Decline Analysis Programmed," *Oil and Gas Journal*, 52-56, June 1980.
6. D. N. Meehan: "Multiwell Production Forecast by Calculator," *Oil and Gas Journal*, 78(25):152-154, June 1981).
7. D. N. Meehan: "Program for HP 67/97 Calculator Used to Find Hyperbolic Exponent," *Oil and Gas Journal*, 79(19):120-122, May 1981.
8. D. N. Meehan: "Stabilized Flow Coefficient Calculated for Gas Wells," *Oil and Gas Journal*, 78(31):53-54, August 1980.
9. D. N. Meehan: "Three New Programs Aid Decline Curve Analysis by Calculator," *Oil and Gas Journal*, 79(16):90-96, April 1981.

**Hydrocarbon PVT Properties**

1. Ahmed, T. H., & Meehan, D. N. (2010, January 1). A Practical Approach for Calculating EOS. Society of Petroleum Engineers. doi:10.2118/132455-MS and see Ahmed, T. H., & Meehan, D. N. (2010, January 1). A Practical Approach for Calculating EOS (Russian). Society of Petroleum Engineers. doi:10.2118/132455-RU
2. D. N. Meehan: "A Correlation for Water Compressibility," *Petroleum Engineer International*, 52(13):125-126, November 1980.
3. D. N. Meehan: "A Correlation for Water Viscosity," *Petroleum Engineer International*, 117-118, July 1980.
4. D. N. Meehan: "Crude Oil Viscosity Correlation," *Oil and Gas Journal*, 78(45):214-216, November 1980.
5. D. N. Meehan: "Gas Composition Gives Pseudocritical Values," *Oil and Gas Journal*, 78(49):112-114, December 1980.
6. D. N. Meehan: "Improved Oil PVT Property Correlations," *Oil and Gas Journal*, 78(43):64-71, October 1980.
7. D. N. Meehan: "Petroleum Fluids Pac Solves Engineering Problems," *Petroleum Engineer International*, 54(1):104-109.
8. D. N. Meehan: "Program Determines Gas Constants," *Oil and Gas Journal*, 78(47):140-141, November 1980.
9. D. N. Meehan and W. K. Lyons: "Calculations Programmable for Gas Compressibility," *Oil and Gas Journal*, 77(41):74-78, October 1979.

**Publications as SPE President**

1. Meehan, N. (2016, June 1). Improving People's Lives: Quality: Why Is It So Important Now? Society of Petroleum Engineers. doi:10.2118/0616-0010-JPT
2. Meehan, N. (2016, July 1). Improving People's Lives: Minimizing Impact. Society of Petroleum Engineers. doi:10.2118/0716-0010-JPT
3. Meehan, N. (2016, August 1). Improving People's Lives: #SPECares. Society of Petroleum Engineers. doi:10.2118/0816-0010-JPT
4. Meehan, N. (2016, February 1). Improving People's Lives: The Case for Hydraulic Fracturing. Society of Petroleum Engineers. doi:10.2118/0216-0010-JPT
5. Meehan, N. (2015, December 1). Improving People's Lives: The Perfect Day. Society of Petroleum Engineers. doi:10.2118/1215-0012-JPT
6. Meehan, N. (2016, March 1). Improving People's Lives: Social License to Operate. Society of Petroleum Engineers. doi:10.2118/0316-0010-JPT

7. Meehan, N. (2016, January 1). Improving People's Lives: The Grand Challenges for Engineering. Society of Petroleum Engineers. doi:10.2118/0116-0010-JPT

8. Meehan, N. (2016, May 1). Improving People's Lives: Hope Is Not a Strategy; But Without Hope, There Is No Strategy. Society of Petroleum Engineers. doi:10.2118/0516-0010-JPT

9. Meehan, N. (2015, November 1). Improving People's Lives: For the Public Benefit. Society of Petroleum Engineers. doi:10.2118/1115-0014-JPT

10. Meehan, N. (2015, October 1). Improving People's Lives: What You Do is Important. Society of Petroleum Engineers. doi:10.2118/1015-0014-JPT

11. Meehan, N. (2016, February 1). Should I Stay or Should I Go? Society of Petroleum Engineers. doi:10.2118/0116-004-TWA

12. Meehan, N., & Donnelly, J. (2015, September 1). Interview with 2016 SPE President Nathan Meehan. Society of Petroleum Engineers. doi:10.2118/0915-0046-JPT

13. Haldorsen, H. H., & Meehan, N. (2015, October 26). President's Luncheon and Annual Meeting of Members. Society of Petroleum Engineers.