# EXHIBIT 1

**In the Matter Of:**

*NCS MULTISTAGE INC. vs*

*NINE ENERGY SERVICE*

*JOHN RODGERS, PH.D. P.E.*

*November 09, 2020*



1

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF TEXAS
 2                      WACO DIVISION

 3     NCS MULTISTAGE INC.         )
          Plaintiff,               )
 4                                 )
       vs.                         )  CIVIL ACTION NO.
 5                                 )  6:20-cv-00277-ADA
       NINE ENERGY SERVICE,        )
 6     INC.                        )
          Defendant.               )
 7

 8     *********************************************************

 9          REMOTE ORAL AND VIDEOTAPED DEPOSITION OF

10             JOHN P. RODGERS, Ph.D., P.E.

11                  NOVEMBER 9, 2020

12     *********************************************************

13         REMOTE ORAL AND VIDEOTAPED DEPOSITION OF JOHN P.

14     RODGERS, Ph.D., P.E., produced as a witness at the

15     instance of the Defendant, and duly sworn, was taken

16     remotely in the above-styled and numbered cause on the

17     9th day of November, 2020, from 9:55 a.m. to 3:57 p.m.,

18     via Zoom, before Julie C. Brandt, RMR, CRR, and CSR in

19     and for the State of Texas, reported by machine

20     shorthand, with the witness located in Ridgefield,

21     Connecticut, pursuant to the Federal Rules of Civil

22     Procedure and the provisions stated on the record or

23     attached hereto.

24

25
```

John Rodgers, Ph.D. P.E. - November 09, 2020

2

```
 1                  REMOTE APPEARANCES

 2   FOR THE PLAINTIFF:

 3        Domingo Manuel Llagostera

 4        BLANK ROME

 5        717 Texas Avenue, Suite 1400

 6        Houston, Texas 77002

 7        713-632-8682

 8        DLLagostera@BlankRome.com

 9

10   FOR THE DEFENDANT:

11        Parker Hancock

12        Sean P. Belding

13        Hilary Preston

14        VINSON & ELKINS

15        1001 Fannin Street, Suite 2500

16        Houston, Texas 77002

17        713-758-2153

18        phancock@velaw.com

19        sbelding@velaw.com

20        hpreston@velaw.com

21

22   VIDEOGRAPHER:

23        Ryan LaFond - Lexitas Legal Solutions

24

25
```

John Rodgers, Ph.D. P.E. - November 09, 2020

44

1    Q.    The last sentence of the abstract reads, Full

2  casing internal diameter may be restored in the region

3  where the rupture disc formerly sealed the casing.

4         Have I read the last sentence of the abstract

5  accurately?

6    A.    Yes.

7    Q.    In this context, does the word "internal

8  diameter" refer to a diameter or a sidewall?

9    A.    That would come off interpreted either way,

10  and you get the same meaning out of the sentence which

11  is you want full bore flow through the casing.  I think

12  in the oilfield industry, you want full casing ID, you

13  want full flow through that full bore.  I am not

14  referring to a exact measurement.  I just want it to be

15  open.  So it's closer to the surface definition.  I want

16  a uniform surface flow through that bore.

17    Q.    Is it your opinion that the diameter

18  understanding of internal diameter would still allow the

19  sentence to make sense to a person of ordinary skill?

20    A.    Yes.

21    Q.    To a certain of ordinary skill in the oil and

22  gas industry, if presented with a text that could have

23  both meanings, diameter and sidewall, is there a

24  preference or an understanding that a POSA would have as

25  between those two definitions?

John Rodgers, Ph.D. P.E. - November 09, 2020

45

1    A.    Not with one sentence standing by itself like

2    that, I don't think there's a preference.  And in this

3    case, like we discussed, both work.

4        Q.    At this point, could you please turn to column

5    1 of the '445 patent?  It appears on page 10 of the

6    document in front of you.

7        A.    Okay.

8        Q.    If you could, look to the lines 47 through 55

9    which read, In many casing float techniques and devices

10   it may not be possible to achieve full casing ID inside

11   diameter following the opening of the air chamber.  It

12   is desirable to achieve full casing ID so that downhole

13   tools can be conveyed to this region of the casing

14   string and so operations, such as cementing, can be

15   easily carried out using conventional ball drop

16   techniques or other conventional techniques.  Also, many

17   float devices require the use of specialized float shoes

18   and/or float collars.

19           Have I read that accurately?

20       A.    Yes.

21       Q.    In the context of this paragraph, do you see

22   where the term "ID" is used --

23       A.    Yes, I do.

24       Q.    -- as an abbreviation?

25           Do you see where the word "inside diameter" is

1   used?

2        A.    Oh, yes, in the parenthesis.

3        Q.    In this paragraph, does the term "ID" or

4   "inside diameter" refer to a diameter or a sidewall?

5        A.    In my reading, it's sidewall, but I think both

6   work in this full casing ID context.

7        Q.    What about this paragraph makes you think that

8   the sidewall definition could be used?

9        A.    It's the same as the abstract sentence we just

10  discussed.  It just refers to one -- the motivation to

11  achieve a full bore -- you know, bore is the same --

12  it's another synonym for ID.  So in, you know, oilfield

13  terminology and working with downhole tools, it's just

14  very common to talk in terms of ID, meaning that inside

15  surface or that inside bore flow path through the

16  tubulars.

17       Q.    Thank you, Dr. Rodgers.

18            If you could, look to column 2, which appears

19  on the same page.  Column 2, lines 40 through 44.  Where

20  the sentence begins, In addition, full casing ID, inside

21  diameter, is restored after the rupture disc is broken

22  so that there is no need to drill out any part of the

23  device.  This full casing ID is useful for use in ball

24  drop systems.

25            In these sentences, does the term "ID" or

John Rodgers, Ph.D. P.E. - November 09, 2020

47

1   "inside diameter" refer to a diameter or a sidewall?

2        A.   It's pretty much the same as the last couple

3   of examples.   I read it first as inside diameter being

4   the surface, but it works with both.

5        Q.   Why do you read this first as being the inside

6   surface?

7        A.   Because that's the most common usage in, you

8   know, downhole tool oilfield discussion terminology

9   among persons of ordinary skill, unless there's a

10  specific measurement.   You know, if I'm trying to

11  measure the internal diameter, that's one thing.

12            I don't read this as a measurement requirement

13  in the sense I'm thinking more full flow through the

14  internal -- you know, internal bore, internal diameter

15  of that casing, and that doesn't require that I quantify

16  it as a scaler.

17       Q.   If you would, please, turn to column 6, which

18  appears on page 12 of the document.   I would like to

19  direct your attention to lines 62 through 66 where it

20  says, Once the disc has been ruptured, the inside

21  diameter of the casing string in the region of the

22  rupture disc assembly 10 is substantially the same as

23  that in the remainder of the casing string, e.g., casing

24  ID, inner diameter, is restored following rupture of the

25  disc.

John Rodgers, Ph.D. P.E. - November 09, 2020

48

1          In this paragraph, does the term "inner

2  diameter" or "ID" refer to a diameter or a sidewall?

3     A.   This sounds more like a numerical diameter,

4  because I'm actually saying it's the same as the casing

5  string.  That triggers me to think measurement of

6  diameter.

7     Q.   Is it your opinion that a comparison of inner

8  diameters, or IDs, refers to the diameter understanding

9  of internal diameter?

10             MR. LLAGOSTERA:  Objection, form.

11    A.   That's going to depend on the sentence.  I

12  know in this case that's what comes to mind when I read

13  this.

14    Q.   (BY MR. HANCOCK)  Is it the word "same,"

15  "substantially the same as" that gives you that context

16  in this sentence?

17    A.   Yes, I'd say that's right.

18    Q.   Would you understand the phrase "substantially

19  the same" to be a comparison?

20    A.   Yes.

21    Q.   If you would, please turn to column 7, which

22  appears on the top of page 13.

23    A.   Okay.

24    Q.   I direct your attention to column 7, lines 3

25  and 4 where it says, In other words, the tubular string

John Rodgers, Ph.D. P.E. - November 09, 2020

61

1  well fluid, the casing string having an internal

2  diameter that defines a fluid passageway between an

3  upper portion of the casing string and a lower portion

4  of the casing string, the float tool comprising.

5          Have I read that accurately?

6      **A.    Yes.**

7      Q.    Do you understand here -- or, first, as used

8  in the preamble, does the phrase "internal diameter"

9  carry its diameter or sidewall definition?

10     **A.    I read it as sidewall.**

11     Q.    What from this context makes you believe that

12  it refers to the sidewall rather than the diameter?

13     **A.    I'm just talking in general terms about the**

14  **fluid passage of the interior of a casing string, and to**

15  **me that's the sidewall definition.**

16     Q.    At this point, I would like to introduce what

17  will be Deposition Exhibit 6, which is a table referring

18  to casing diameters which will be dropped in the chat

19  momentarily.

20             (Exhibit 6 marked.)

21             MR. LLAGOSTERA:  Dr. Rodgers, do you need

22  a break?  We've been going more than an hour.  I'm fine

23  if you're fine.

24             **THE WITNESS:  I'm fine.  Happy to keep**

25  **going.  Thank you, though.**

John Rodgers, Ph.D. P.E. - November 09, 2020

62

1           MR. LLAGOSTERA:   Okay.

2      Q.   (BY MR. HANCOCK)  All right.  Let me know when

3  you have that downloaded and open.

4      A.   Okay.  I have it.

5      Q.   Dr. Rodgers, do you recognize this document?

6      A.   I do.

7      Q.   What is this document?

8      A.   I referred to it as the World Oil casing

9  tables.

10      Q.   Can you describe what the World Oil casing

11  tables are?

12      A.   Yeah, World Oil is just an industry

13  publication in the oil industry.  And at some interval,

14  they publish something known as casing tables, which are

15  just a listing of many different products offered in the

16  industry that relate to casing, different types of

17  casing.

18      Q.   On page 2 of the document in front of you, do

19  you see a section that's entitled "Dimension

20  Nomenclature"?

21      A.   Yes.

22      Q.   Do you see on the third line of definitions

23  the lower case d, which it says, "d = ID (drift) in."?

24      A.   Yes.

25      Q.   What does that refer to?

John Rodgers, Ph.D. P.E. - November 09, 2020

63

1    A.    That refers to the measurement or the straight

2    diameter definition that you've been describing of the

3    interior diameter of that casing.

4    Q.    Is the feature that is described here with

5    lower case d shown in any of the figures to the right of

6    these definitions?

7    A.    Yes.   Each one of them -- each one of the four

8    figures has the little d pointed out.

9    Q.    Would you describe those -- excuse me.   Strike

10   that question.

11         In each of the circumstances in the four

12   figures shown to the right, does the letter d refer to a

13   diameter or a sidewall of the casing strings depicted?

14   A.    They're referring to a diameter, the

15   measurement.

16   Q.    And how are you -- how are you -- strike the

17   question.

18         What leads you to the conclusion that here

19   it's referring to the diameter and not the sidewall?

20   A.    We're talking about -- this document is

21   talking about specific examples and specific sizes of

22   available products on the market.   So they're referring

23   here, especially you can tell from the equals sign and

24   the units of inches, I-N, that they're talking about a

25   numerical value here.

John Rodgers, Ph.D. P.E. - November 09, 2020

64

1      Q.   Here does the term "ID" depicted as lower case

2   d refer to the diameter of a fluid passage through the

3   devices depicted in the figures?

4      A.   Yes, it's the diameter of the casing which is

5   also the diameter of the fluid passage.

6      Q.   Returning to the '445 patent, in the preamble

7   of claim 1 that begins on line 6 of column 14, is there

8   something different about the phrase "internal diameter"

9   that defines a fluid passageway that would provide to

10  you a different understanding of internal diameter than

11  the exhibit we just looked at?

12            MR. LLAGOSTERA:   Objection, form.

13     A.   Yes.   I mean, there's no -- there's no cue in

14  that part of the sentence that indicates anything

15  numerical or measurement oriented to me.

16     Q.   (BY MR. HANCOCK)   Turning to the limitation

17  that begins on line 17, do you see the phrase at the

18  very end of that limitation "the internal diameter of

19  the casing string"?

20     A.   As in parallel to the internal diameter of the

21  casing string?

22     Q.   Yeah.   Do you see the phrase "internal

23  diameter of the casing string"?

24     A.   Yes.

25     Q.   Would you understand that as referring to the

John Rodgers, Ph.D. P.E. - November 09, 2020

82

1    Q.   I would like to ask you some questions about

2    the term "sealing engagement."  Prior to reading the

3    '445 patent, were you aware of the term "sealing

4    engagement" in any context?

5    **A.   No.  It sounds like patent terminology to me**

6    **again.**

7    Q.   What does the term "engagement" mean?

8    **A.   Some sort of interaction between two items,**

9    **two components in a downhole tool context.**

10   Q.   Can two elements or components be in

11   engagement with one another if they are merely touching?

12   **A.   Yes.**

13   Q.   Would you refer to the binder sitting in front

14   of you as an engagement with the table that it's sitting

15   on?

16   **A.   Yes.**

17   Q.   Dr. Rodgers, at this point I would like to

18   introduce what will be Deposition Exhibit 9, which is a

19   listing of definitions from The Random House College

20   Dictionary.

21             (Exhibit 9 marked.)

22   Q.   (BY MR. HANCOCK)  Please let me know when you

23   have that document open in front of you.

24   **A.   Okay.  I have it.**

25   Q.   Can you please turn to page 5 of that

John Rodgers, Ph.D. P.E. - November 09, 2020

83

1  document, which is a page from that dictionary with

2  words that start with the letter E.

3     A.   I have it.

4     Q.   At the bottom left side of the page, the term

5  "engage" appears.  Dr. Rodgers, can you please read to

6  yourself that definition for a moment?

7     A.   Okay.

8     Q.   Do any of the definitions listed here in this

9  dictionary entry use the term or refer to the term

10  "engage" in the same sense that it is used in the '445

11  patent?

12     A.   Well, engage is used in multiple ways in the

13  '445 patent or in multiple places.  Sometimes it's

14  sealing engagement.  Sometimes there are other types of

15  engagement.  So we might have to be -- we would have to

16  consider them independently.  But, in general, there are

17  a few terms here, you know, tubular member locked with,

18  to attach, to secure obviously.  We talked about that.

19  And interlock 14 there in the context of gears.  So all

20  those are roughly related to the physics of things in

21  contact.

22     Q.   And just for clarity in looking at that

23  dictionary entry, am I correct in saying that you are

24  referring to definitions number 8 and number 9 and

25  number 14?

84

1      A.    That's correct.

2      Q.    Is the binder sitting on your desk engaged

3  with the table in the sense of any of those definitions?

4      A.    Yes.  I see the binder as making contact with

5  force.  There is engagement between the binder and the

6  table.

7      Q.    Where in the dictionary entry in front of you

8  is in contact sufficient to be engaged?

9      A.    My read on those three definitions means I

10  have some sort of contact or force between the items.

11  So all three of the ones that I referenced before,

12  clearly 8 and 14 are more specialized definitions

13  perhaps going towards gear design, but in mechanical

14  engineering in general, I would say that all three of

15  them refer to the fact that there's a contact that

16  occurs between the two objects, some sort of contact.

17      Q.    Is contact alone sufficient for two components

18  to be engaged with one another?

19            MR. LLAGOSTERA:  Objection, asked and

20  answered.

21      A.    That's -- that's what I'm saying.

22      Q.    (BY MR. HANCOCK)  Dr. Rodgers, in the sense of

23  the '445 patent where the term "sealing engagement" is

24  used, can two components be in sealing engagement with

25  one another, move relative to one another, while

John Rodgers, Ph.D. P.E. - November 09, 2020

147

1          Does the sidewall or diameter definition apply
2     to the use of internal diameter in the claim amendment
3     presented on page 2?
4          **A.    Sidewall.**
5          Q.   And with this amendment, what is the internal
6     diameter of the casing string parallel to?
7               MR. LLAGOSTERA:  Objection to form.
8          **A.    The region of the tubular member where the**
9     **rupture disc is attached.**
10         Q.   (BY MR. HANCOCK)  Is it your understanding
11    from the claim that the region where the rupture disc is
12    attached must have an internal diameter?
13         **A.    It's a region of a tubular member.  So it's**
14    **going to have -- it's going to be cylindrical, and it's**
15    **going to have an internal diameter.**
16         Q.   Is it your understanding that internal
17    diameter must be the diameter understanding of the term
18    "internal diameter" in order to be compared as larger
19    than the internal diameter of the casing string?
20               MR. LLAGOSTERA:  Objection, form.
21         Q.   (BY MR. HANCOCK)  Go ahead.  Don't answer that
22    question.  I'll ask a better one.
23         **A.    Okay.**
24         Q.   In the version of claim 1 on page 2 where it
25    reads "The region of the tubular member where the

John Rodgers, Ph.D. P.E. - November 09, 2020

148

1  rupture disc is attached has a larger internal diameter

2  than the internal diameter of the casing string," you've

3  now testified twice today that that refers to the

4  diameter understanding of internal diameter.  Is that

5  correct?

6     **A.   Yes, that's right.**

7        Q.   Does that mean that the larger internal

8  diameter of the region of the tubular member where the

9  rupture disc is attached also refers to the diameter

10 understanding of internal diameter?

11              MR. LLAGOSTERA:  Objection, form.

12     **A.   If you have a larger internal diameter than**

13 **the internal diameter of the casing string, that is**

14 **referring to the term -- the definition "diameter"**

15 **meaning measurement.**

16     Q.   (BY MR. HANCOCK)  Is it possible to determine

17 if an internal diameter under the diameter understanding

18 of internal diameter is parallel to an internal diameter

19 under the sidewall definition of internal diameter?

20              MR. LLAGOSTERA:  Objection, form.

21     **A.   No, it doesn't make any sense to try to say**

22 **it's parallel to an internal diameter if that internal**

23 **diameter means diameter as in measurement.**

24     Q.   (BY MR. HANCOCK)  Please turn to page 11 of

25 this response.

151
1  column -- sorry, let me give you a moment to get it up.

2      A.   I've got it.

3      Q.   Can you please turn to column 8 of the Gano

4  references lines 45 and 46?

5           Do you see the sentence that reads, It also

6  presents inwardly facing upper arcuate shoulders 126

7  upon which the radial edges of plug 102 are seated?

8           Have I read that accurately?

9      A.   Yes.

10     Q.   Do you see the use of the term "seated" to

11 describe the rupture disc as seated on element 126 in

12 that sentence of Gano?

13     A.   Yes.

14     Q.   Turning to figure 3 of Gano, can you identify

15 the rupture disc 104 and the shoulder 126?  And all I

16 need is confirmation that you have identified where

17 those are.

18     A.   Yes, I see it -- them.

19     Q.   Would a person of ordinary skill in the art

20 presume from the sentence that I just read and the

21 figure that you see in front of you that a substantially

22 fluid tight seal would be formed between the rupture

23 disc 104 and shoulder 126?

24     A.   No.

25     Q.   Why not?

152

1      A.    I don't have enough information to know that

2  the rupture disc is sealing to that shoulder 126.  It's

3  seated on it, but that doesn't mean it's sealed to it.

4      Q.    Is it your understanding that the float

5  tool -- excuse me, let me strike that.

6           Is it your understanding that the tool

7  depicted in figure 3 of Gano is a rupture disc assembly

8  for blocking a pipe of some kind?

9      A.    Yes.

10     Q.    To the extent that a seal is not formed

11 between rupture disc 104 and shoulder 126, do you have

12 any opinions as to where that seal might be formed?

13     A.    Yes.  There's an O-ring or some sort of seal

14 at 118 on the upper surface of the rupture disc.

15     Q.    Are you referring to element 118 or 116?  116

16 appears in my version to be the O-ring.

17     A.    118.  116 is the O-ring for that upper piston.

18 I forget exactly the terminology.  But then there's a

19 second seal that's got to occur between 114, which is

20 that upper piston, and the rupture disc itself.  It's a

21 triangular region there.

22     Q.    Understood.

23           So then your understanding of Gano is that the

24 rupture disc 104 is sealed or creates a seal at element

25 118 but is seated on surface 126?

 1        **A.    Yes.**

 2        Q.    Returning to Deposition Exhibit 12, the

 3   response to notice of noncompliant amendment, and

 4   referring to the last sentence of the first paragraph of

 5   page 12, would it be fair to say that this sentence is

 6   discussing the Gano reference and what the Gano

 7   reference discloses?

 8        **A.    Yes.**

 9        Q.    Does this sentence refer to or describe any

10   feature of figure 2 of the '445 patent?

11        **A.    I don't think so.**

12        Q.    Can you please turn to figure 2 of the '445

13   patent?

14        **A.    Okay.**

15        Q.    In the embodiment shown in figure 2, is the

16   rupture disc seated on any feature of the embodiment

17   shown in figure 2?

18        **A.    Yes.**

19        Q.    Where is the rupture disc seated?

20        **A.    It's seated on the sheer tabs, which is part**

21   **of the sheer ring.**

22        Q.    Returning to claim 1 of the '445 patent, I

23   would like to discuss the next limitation, which is that

24   the attachment region is parallel to an internal

25   diameter of the casing string.

179

1                    CHANGES AND SIGNATURE

2   WITNESS NAME:  JOHN P. RODGERS, Ph.D., P.E.

3   DATE OF DEPOSITION:  NOVEMBER 9, 2020

4   PAGE    LINE    CHANGE          REASON

5   _____

6   _____

7   _____

8   _____

9   _____

10  _____

11  _____

12  _____

13  _____

14  _____

15  _____

16  _____

17  _____

18  _____

19  _____

20  _____

21  _____

22  _____

23  _____

24  _____

25  _____

180

1        I, JOHN P. RODGERS, Ph.D., P.E., have read the
foregoing deposition and hereby affix my signature that
2   same is true and correct, except as noted above.

3

4

        _____
5            JOHN P. RODGERS, Ph.D., P.E.

6

7   THE STATE OF _____)
    COUNTY OF _____)
8

9        Before me, _____, on

10  this day personally appeared JOHN P. RODGERS, Ph.D.,

11  P.E., known to me (or proved to me under oath or through

12  _____) (description of identity

13  card or other document) to be the person whose name is

14  subscribed to the foregoing instrument and acknowledged

15  to me that they executed the same for the purposes and

16  consideration therein expressed.

17       Given under my hand and seal of office this

18  _____ day of _____, _____.

19

20

21

22       _____
         NOTARY PUBLIC IN AND FOR
23       THE STATE OF _____
         COMMISSION EXPIRES: _____
24

25

John Rodgers, Ph.D. P.E. - November 09, 2020

181

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE WESTERN DISTRICT OF TEXAS
 2                      WACO DIVISION

 3    NCS MULTISTAGE INC.          )
          Plaintiff,               )
 4                                 )
      vs.                          ) CIVIL ACTION NO.
 5                                 ) 6:20-cv-00277-ADA
      NINE ENERGY SERVICE,         )
 6    INC.                         )
          Defendant.               )
 7

 8

 9                 REPORTER'S CERTIFICATION

10            REMOTE VIDEOTAPED DEPOSITION OF

11               JOHN P. RODGERS, Ph.D., P.E.

12                    NOVEMBER 9, 2020

13

14        I, Julie C. Brandt, Certified Shorthand Reporter in

15   and for the State of Texas, hereby certify to the

16   following:

17        That the witness, JOHN P. RODGERS, Ph.D., P.E., was

18   duly sworn by the officer and that the transcript of the

19   oral deposition is a true record of the testimony given

20   by the witness;

21        Before completion of the deposition, review of the

22   transcript [X] was [ ] was not requested.  If requested,

23   any changes made by the deponent (and provided to the

24   reporter) during the period allowed are appended hereto;

25        That the amount of time used by each party at the
```

John Rodgers, Ph.D. P.E. - November 09, 2020

182

1   deposition is as follows:

2   Domingo Manuel Llagostera.....00 HOUR(S):05 MINUTE(S)

3   Parker Hancock.....04 HOUR(S):27 MINUTE(S)

4        That pursuant to information given to the

5   deposition officer at the time said testimony was taken,

6   the following includes counsel for all parties of

7   record:

8   FOR THE PLAINTIFF:

9        Domingo Manuel Llagostera

10       BLANK ROME

11       717 Texas Avenue, Suite 1400

12       Houston, Texas 77002

13       713-632-8682

14       DLLagostera@BlankRome.com

15   FOR THE DEFENDANT:

16       Parker Hancock

17       Sean P. Belding

18       Hilary Preston

19       VINSON & ELKINS

20       1001 Fannin Street, Suite 2500

21       Houston, Texas 77002

22       713-758-2153

23       phancock@velaw.com

24       sbelding@velaw.com

25       hpreston@velaw.com

John Rodgers, Ph.D. P.E. - November 09, 2020

183

1       I further certify that I am neither counsel for,

2    related to, nor employed by any of the parties or

3    attorneys in the action in which this proceeding was

4    taken, and further that I am not financially or

5    otherwise interested in the outcome of the action.

6       Certified to by me _____, 2020.

7

8

9    _____

10   Julie C. Brandt, CSR, RMR, CRR
     Texas CSR No. 4018
     Expiration Date:  10/31/21

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25