# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| NCS MULTISTAGE INC.,<br>NCS MULTISTAGE, LLC,<br><br>    Plaintiffs,<br>  v.<br><br>NINE ENERGY SERVICE, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 6:20-CV-00277-ADA<br><br>**JURY TRIAL DEMANDED** |

## REVISED SCHEDULING ORDER

| Deadline | Item |
|---|---|
| July 29, 2021 | Deadline for Defendant to serve Rebuttal Expert Reports<br>Deadline to serve Final Invalidity Contentions.<br>Fact discovery opens solely for Plaintiff to take discovery related to changes to the Final Invalidity Contentions. |
| August 12, 2021 | Fact Discovery Closes. |
| August 16, 2021 | Defendant's Revised Opening Expert Reports. |
| September 7, 2021 | Rebuttal Expert Reports. |
| September 24, 2021 | Close of Expert Discovery. |
| September 29, 2021 | Deadline to meet and confer to discuss narrowing the number of claims asserted and prior art references at issue. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| October 8, 2021 | Dispositive motion deadline and Daubert motion deadline. |
| October 22, 2021 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). |
| November 5, 2021 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| November 19, 2021 | Serve objections to rebuttal disclosures and File Motions *in limine*. |

| | |
|---|---|
| December 21, 2022 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. |
| December 22, 2022 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| January 7, 2022 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| January 12, 2022 | Final Pretrial Conference. |
| January 18, 2022 | Jury Selection/Trial. |

SIGNED this \_\_\_21st\_\_\_ day of July, 2021

_____
Judge Alan D Albright
United States District Judge