IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| NCS MULTISTAGE INC., <br> NCS MULTISTAGE, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> NINE ENERGY SERVICE, INC., <br><br> Defendant. | § § § § § § § § § § | CIVIL ACTION NO. 6:20-cv-00277-ADA |

**STIPULATION OF DISMISSAL OF CERTAIN CLAIMS
<u>PURSUANT TO RULE 41(a)(1)(A)(ii)</u>**

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiffs NCS Multistage Inc. ("NCS Canada") and NCS Multistage, LLC ("NCS US," and collectively, "NCS") and Defendant Nine Energy Service, Inc. ("Nine," and collectively, "the Parties") hereby file this Stipulation of Dismissal of Certain Claims. In support thereof, the Parties state as follows:

1. On April 8, 2020, NCS Canada filed an Original Complaint for Patent Infringement against Nine, accusing Nine of infringing U.S. Patent No. 10,465,445 ("the '445 Patent"). Dkt. 1. In the Original Complaint, NCS Canada alleged that Nine's infringement has been and continues to be willful and deliberate and alleged it was entitled to enhanced damages because of Nine's willful infringement. Dkt. 1 at 7.

2. On February 8, 2021, NCS US was added to the case in NCS's First Amended Complaint for Patent Infringement. Dkt. 58. In the First Amended Complaint, NCS re-alleged that Nine's infringement of the '445 Patent has been and continues to be willful and deliberate and re-alleged that it was entitled to enhanced damages because of Nine's willful infringement. Dkt. 58 at 7.

3. On October 8, 2021, Nine filed a Motion for Summary Judgment of No Willful

Infringement and No Conduct Warranting Enhanced Damages ("SJM"). Dkt. 114.

4. To simplify the case, NCS notified Nine it was voluntarily dismissing with prejudice its claims for willfulness and enhanced damages and asked Nine to withdraw its SJM. Nine agreed.

5. The Parties have therefore agreed and stipulated to the dismissal of NCS's claims for willfulness and enhanced damages with prejudice.

6. This Stipulation of Dismissal of Certain Claims will not affect or prejudice NCS's other claims against Nine, which remain pending before this Court. *See, e.g.*, *Oswalt v. Scripto, Inc.*, 616 F.2d 191 (5th Cir. 1980) (noting that Rule 41(a)(1) authorizes dismissing single claims in a multiclaim lawsuit); *Wesson v. City of Dallas*, No. 3:14-CV-4325-L, 2016 WL 892780, at *1 (N.D. Tex. Mar. 9, 2016) (approving of the parties' stipulation to dismiss only one of the plaintiff's claims pursuant to Rule 41(a)(1)(ii)); *cf. Meinecke v. H & R Block of Houston,* 66 F.3d 77, 82,  (5th Cir.1995) (finding district court's order granting summary judgment on claims previously dismissed pursuant to Rule 41(a)(1)(ii) stipulation was "void" and affirming granting of summary judgment on non-dismissed claims).

WHEREFORE, the Parties respectfully notify the Court of this Stipulation of Dismissal of Certain Claims and stipulate that NCS's claims for willfulness and enhanced damages are dismissed with prejudice.

Dated: October 14, 2021

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| VINSON & ELKINS L.L.P. | BLANK ROME LLP |

/s/Hilary L. Preston
Hilary L. Preston
Texas Bar No. 24062946
hpreston@velaw.com
Jeffrey T. Han
Texas Bar No. 24069870
jhan@velaw.com
VINSON & ELKINS L.L.P.
2801 Via Fortuna, Suite 100
Austin, TX 78746
Telephone: +1.512.542.8400
Fax: +1.512.542.8612

Parker D. Hancock
Texas Bar No. 24108256
phancock@velaw.com
VINSON & ELKINS L.L.P.
1001 Fannin Street, Suite 2500
Houston, TX 77002-6760
Telephone: +1.713.758.2222
FAX: +1.713.758.2346

**ATTORNEYS FOR DEFENDANT NINE ENERGY SERVICE, INC.**

/s/Domingo M. LLagostera
**Domingo M. LLagostera**
(*Attorney-in-charge*)
State Bar No. 24070157
Tel.: (713) 632-8682
Fax: (713) 228-6605
DLLagostera@BlankRome.com
**Russell T. Wong**
State Bar No. 21884235
RWong@BlankRome.com
Tel.: (713) 632-8634
Fax: (713) 228-6605

**Andrew K. Fletcher** (*admitted pro hac vice*)
PA State ID. 75544
AFletcher@BlankRome.com
Tel.: (412) 932-2736
501 Grant Street, Suite 850
Pittsburgh, PA 15219

**Megan R. Wood** (*admitted pro hac vice*)
DC Bar No. 1024203
MWood@blankrome.com
Tel.: (202) 420-2753
1825 Eye Street NW
Washington, DC 20006

**ATTORNEYS FOR PLAINTIFFS NCS MULTISTAGE INC. AND NCS MULTISTAGE, LLC**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record were electronically served with a copy of the foregoing on October 14, 2021, via the Court's CM/ECF system.

*/s/ Domingo M. LLagostera*
Domingo M. LLagostera
