IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| NCS MULTISTAGE INC.,<br>*Plaintiff*<br><br>-vs-<br><br>NINE ENERGY SERVICE, INC.,<br>*Defendant* | § § § § § § § § § § | W-20-CV-00277-ADA |

## CLAIM CONSTRUCTION

After review of the parties' supplemental briefing and the hearing held on January 12, 2022, the Court enters the following claim construction for the term "casing string."

| Claim Term | Plaintiffs' Proposed Construction | Defendant's Proposed Construction | Court's Construction |
|---|---|---|---|
| "casing string" | "pipe that is ≥ 4.5 inches in outer diameter used to case a wellbore" | "pipe run from the surface and intended to line the walls of a drilled well" | "pipe that is customarily ≥ 4.5 inches in outer diameter, which is intended to line the walls of a drilled well so that a downhole tool can be deployed without restriction" |

SIGNED this 12th day of January, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE