IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| NCS MULTISTAGE INC.,<br>NCS MULTISTAGE, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>NINE ENERGY SERVICE, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 6:20-CV-00277-ADA<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT NINE ENERGY SERVICE, INC.'S**
**THIRD RULE 50(A) MOTION FOR JUDGMENT AS A MATTER OF LAW**

Defendant Nine Energy Service, Inc. ("Nine") hereby submits this motion for judgment as a matter of law under Federal Rule of Procedure 50(a).  Claims 28 and 29 of the U.S. Patent No. 10,465,445 (the "'445 Patent") are anticipated by the TCO TDP-PO Plug.  A prior art reference anticipates a patent's claim under 35 U.S.C. § 102(b) if the prior art "discloses each and every element of the claimed invention arranged or combined in the same way as the claim." *Monsanto Tech. LLC v. E.I. DuPont de Nemours & Co.*, 878 F.3d 1336, 1342-43 (Fed. Cir. 2018).

The TCO TDP-PO Plug discloses each of the elements of Claims 28 and 29.  Dr. Meehan testified the TCO TDP-PO Plug includes the limitations of claims 28 and 29.  Rough TR 635:16-636:29.  Dr. Meehan understood and explained that the TCO TDP-PO tool is configured for casing string, and Dr. Meehan has personal experience using casing smaller than 4.5 inches.  Rough TR 609:6-25; 613:15-19.  Dr. Rodgers disagrees that the TCO TDP-PO tool was configured for casing string because of the size of the tool, but nothing in this court's construction of casing string requires a minimum size for the tool to be configured for casing.  Rough TR 777:7-12; 779:14-19.

1

The patent examiner was not aware of the TCO TDP-PO Plug at the time the '445 Patent was issued. Rough TR 605:18-25. Accordingly, Nine has established that Claims 28 and 29 are anticipated as a matter of law.

US 8609673

Dated:   January 21, 2022

Respectfully submitted,

VINSON & ELKINS LLP

  /s/ Hilary L. Preston
Hilary L. Preston
Texas Bar No. 24062946
hpreston@velaw.com
Jeffrey T. Han
Texas Bar No. 24069870
jhan@velaw.com
Corbin J. Cessna
Texas Bar No. 24120753
ccessna@velaw.com
Erik Shallman
Texas Bar No. 24113474
Ethan Nutter
Texas Bar No. 24104988
enutter@velaw.com
VINSON & ELKINS L.L.P.
2801 Via Fortuna, Suite 100
Austin, TX  78746
Telephone: +1.512.542.8400
Fax: +1.512.542.8612

Parker D. Hancock
Texas Bar No. 24108256
phancock@velaw.com
VINSON & ELKINS L.L.P.
1001 Fannin Street, Suite 2500
Houston, TX  77002-6760
Telephone: +1.713.758.2222
Fax: +1.713.758.2346

***Attorneys for Defendant Nine Energy Service, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of January 2022, a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system.

  /s/ Hilary L. Preston
Hilary L. Preston

US 8609673