UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| NCS MULTISTAGE INC. | § § | |
| vs. | § § | NO: WA:20-CV-00277-ADA |
| NINE ENERGY SERVICE, INC. | § § | |

ORDER

The jury trial proceedings having concluded in this case, it is hereby

ORDERED that all physical exhibits introduced into evidence during the trial of said cause be returned to the party introducing them, pending any additional proceedings in this case.

SIGNED and ENTERED at Waco, Texas, this the 21st day of January, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE