IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| NCS MULTISTAGE INC., <br> NCS MULTISTAGE, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> NINE ENERGY SERVICE, INC., <br><br> Defendant. | § § § § § § § § § § CIVIL ACTION NO. 6:20-cv-00277-ADA |

**JUDGMENT**

    This action came before the Court for a four-day trial by jury commencing on January 18, 2022, between Plaintiffs NCS Multistage Inc. and NCS Multistage, LLC (collectively, "NCS") and Defendant Nine Energy Service, Inc. ("Nine"). The issues have been tried and the jury rendered its unanimous verdict on January 21, 2022 (Dkt. No. 251). In accordance with the jury verdict, it is hereby **ORDERED** and **ADJUDGED** that:

1. Nine has directly infringed claims 28 and 29 of U.S. Patent No. 10,465,445 ("the '445 Patent");

2. Nine has induced infringement of claims 36, 39, 50–52, and 55–57 of the '445 Patent;

3. Claims 28, 29, 36, 39, 50–52, and 55–57 of the '445 Patent are not invalid; and

4. NCS should be awarded $486,400.00 in damages for Nine's infringement of the '445 Patent.

This is a **FINAL JUDGMENT**.

SIGNED this 3rd day of June, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE